



# COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.                                      PROBATE & FAMILY COURT
                                                    No:

Lorraine Forcier, Administratrix
of the Estate of Darren Forcier,
       Plaintiff

vs.                                                 COMPLAINT IN EQUITY

Metropolitan Life Insurance Company
and Doris Forcier,
       Defendants

1. The plaintiff, Lorraine Forcier is the Administratrix of the Estate of Darren Forcier and resides at 4 Montague Street, Worcester, Ma 01603-3125.

2. The defendant, Metropolitan Life Insurance Company is a corporation doing business in the Commonwealth of Massachusetts with a corporate headquarters located at One Madison Avenue, New York, NY 10010.

3. The defendant, Doris Forcier, is the spouse of the decedent with a last known address of 657 Worcester Street, Southbridge, MA.

4. The decedent is the holder of a life insurance policy issued by Metropolitan Life Insurance Company.

5. The life insurance policy issued to decedent does not specifically name a beneficiary of the policy proceeds.

6. The plaintiff, Lorraine Forcier, Administratrix of the Estate of Darren Forcier, has been notified that the proceeds of the life insurance policy may be paid to the defendant, Doris Forcier as decedent's spouse.

7. The defendant, Doris Forcier, and the decedent executed a separation agreement in July 2003 by which both parties acknowledged that they had divided between them all of their personal property and this court has previously found that this separation agreement is enforceable.

NEIL S. DAVIS
ATTORNEY AT LAW
390 MAIN STREET
WORCESTER, MA 01608
(508) 755-8839

8. Wherefore, plaintiff requests that the Court issue an order reforming the life insurance policy so that the life insurance proceeds payable by Metropolitan Life Insurance Company are distributed to the Estate of Darren Forcier and not to decedent's spouse, Doris Forcier.

                    LORRAINE FORCIER, Plaintiff
                    By Her Attorney,

                    Janet Fennell BBO #561288
                    Law Office of Neil S. Davis
                    390 Main Street, Suite 720
                    Worcester, MA 01608-1601
                    (508) 793-0939
                    Dated: July 21, 2004

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.                                    PROBATE & FAMILY COURT
                                                  No: 04-E0070GC1

Lorraine Forcier, Administratrix
of the Estate of Darren Forcier,
           Plaintiff
                                                  EX PARTE MOTION FOR
     vs.                                          TEMPORARY RESTRAINING ORDER

Metropolitan Life Insurance Company               **FILED**
and Doris Forcier,
           Defendants                             **JUL 2 2 2004**

                                                  **MFH**

    Now comes the plaintiff, Lorraine Forcier, Administratrix of the Estate of Darren Forcier, and requests that this honorable court issue a temporary restraining order to preserve the proceeds of decedent's life insurance policy issued by Metropolitan Life Insurance Company. As basis, plaintiff states that there is a substantial likelihood that the court will reform the beneficiary designation on the policy as requested in plaintiff's Complaint in Equity as more specifically detailed in plaintiff's affidavit attached hereto and incorporated by reference.

                                                  LORRAINE FORCIER, Plaintiff,
                                                  By Her Attorney,

MOTION ALLOWED                22  20 04
                                                  Janet Fennell, BBO # 561288
JUDGE OF PROBATE COURT                            Law Offices of Neil S. Davis
                                                  390 Main Street, Suite 720
                                                  Worcester, Massachusetts 01608-1601
                                                  (508) 793-0939
                                                  Dated: July 22, 2004

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.                  PROBATE & FAMILY COURT
No: 07E 0070 GC1

Lorraine Forcier, Administratrix
of the Estate of Darren Forcier,
    Plaintiff

                                             AFFIDAVIT IN SUPPORT OF EX PARTE
                                             MOTION FOR TEMPORARY RESTRAINING
vs.                             ORDER

Metropolitan Life Insurance Company
and Doris Forcier,
    Defendant

FILED
JUL 2 2 2004
MFH

I, Lorraine Forcier, on oath do depose and say as follows:

I have been appointed the Administratrix of the Estate of Darren Forcier, docket number 03P-3512.

I am the plaintiff in a Complaint in Equity to reform the beneficiary designation on the decedent's life insurance policy issued by Metropolitan Life Insurance Company.

I have been notified by Metropolitan Life Insurance Company that the decedent did not specifically designate a beneficiary on the policy.

I have been notified by Metropolitan Life Insurance Company that they may pay the life insurance proceeds on the policy to decedent's wife, Doris Forcier.

Doris Forcier executed a separation agreement with the decedent in July 2003 by which the parties acknowledged that they had divided between them all of their personal property and this court has previously found that this separation agreement is enforceable. See, Order on Motion for Instructions, docket number 03P3512AD1, which is attached hereto and incorporated herein by reference.

I request that the Court enter the Temporary Restraining Order to preserve the life insurance proceeds payable by Metropolitan Life Insurance Company until a hearing on the Complaint in Equity is held.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 21st DAY OF JULY, 2004.

*Lorraine Forcier*
LORRAINE FORCIER, Plaintiff

NEIL S. DAVIS
ATTORNEY AT LAW
390 MAIN STREET
WORCESTER, MA 01608
(508) 793-0939



# COMMONWEALTH OF MASSACHUSETTS
## THE TRIAL COURT
### THE PROBATE AND FAMILY COURT DEPARTMENT

Docket No. 04EQ0070GC1

## TEMPORARY RESTRAINING ORDER / PRELIMINARY INJUNCTION

Lorraine Forcier, Adminstratrix of the Estate of Darren Forcier, Plaintiff

Metropolitan Life Insurance and Doris Forcier, Defendant

This cause came on to be heard on petitioners motion for (preliminary injunction) (temporary restraining order) and the Court having considered the verified complaint, the affidavits submitted in support of said motion and it appearing to the Court after due deliberation that the defendants are committing or threatens to commit the acts set forth below, to the irreparable injury of the plaintiff it is ORDERED that the defendant, their agents, servants, employees and attorneys and all persons in active concert and participation with them be and they hereby are restrained and enjoined _____ _____ or until such time as there has been a judicial determination of the action from dispursing the life insurance proceed payable by Metrolpolitan Life Insurance Company.

July 22, 2004
Date

Justice of the Probate and Family Court

You are further notified that a hearing on the preliminary injunction will be heard on Monday, August 2, 2004 at 9:00 a.m.

CJ-D 421 (5/80)

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

PROBATE COURT
No. 04EQ0070GC1

Lorraine Forcier, Administratrix
of the Estate of Darren Forcier  Plaintiff

v.

Metropolitan Life Insurance
and Doris Forcier  Defendant

Summons

To the above-named Defendant: Metropolitan Life Insurance Company

You are hereby summoned and required to serve upon <u>Janet Fennell Burke</u> plaintiff's attorney, whose address is <u>390 Main Street, Suite 720, Worcester, MA 01608</u> an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you. You are also required to file your answer to the complaint in the office of the Register of this Court at <u>Worcester</u> either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), Mass. R. Civ. P., your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness <u>Joseph L. Hart, Jr.</u>, Esquire, First Judge of said Court at <u>Worcester</u>

July 26, 2004

Register of Probate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Register's Office.

CJ 210 (1/76)

## COMMONWEALTH OF MASSACHUSETTS

Worcester ss.

PROBATE COURT
No. 04EQ00700GC1

Lorraine Forcier, Administratix
of the Estate of Darren For___ Plaintiff

v.

Metropolitan Life Insurance
and Doris Forcier _____ Defendant

Summons

### PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20___, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant in the following manner: _____

_____

_____

Dated: _____, 20___        _____

N.B.   TO PROCESS SERVER:

PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT ON THIS LINE ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

7/22/04

Notes:

1. This summons is issued pursuant to Mass. R. Civ. P. 4.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

# THE COMMONWEALTH OF MASSACHUSETTS

OFFICER'S RETURN: ___SUFFOLK___ SS. ___BOSTON, MASS.___ July 27, 2004

I THIS DAY, CERTIFY AND RETURN THAT I HAVE SERVED THE WITHIN

_____SUMMONS AND COMPLAINT_____

UPON THE WITHIN-NAMED ___METROPOLITAN LIFE INSURANCE COMPANY, C/O COMMISSIONER OF INSURANCE___

BY HANDING TRUE AND ATTESTED COPIES THEREOF TO

___MS. STACEY SIEGAN, ADMINISTRATOR___

SAID SERVICE WAS MADE AT

___ONE SOUTH STATION, BOSTON___, MASSACHUSETTS.

FEE: $ 45.00
$ 6.00 (COMM. FEE)
$ 51.00

_____Brian Day_____
~~Constable and~~
~~Court Appointed~~ Process Server

ALSO SERVED:
TEMPORARY RESTRAINING ORDER, EX-PARTE MOTION FOR TEMPORARY
RESTRAINING ORDER AND A COMPLAINT IN EQUITY.

Suvalle, Jodrey & Associates
Massachusetts Constables since 1925

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax # (617) 720-5737



# COMMONWEALTH OF MASSACHUSETTS
# THE TRIAL COURT
# THE PROBATE AND FAMILY COURT DEPARTMENT

COPY

...vision

Docket No. 04E0070-G(

~~TEMPORARY RESTRAINING ORDER~~ PRELIMINARY INJUNCTION

Lorraine Forcier, Administratrix
of the Estate of _____, Plaintiff
Darren Forcier
v.

Metropolitan Life Insurance, Defendants
and Doris Forcier

This cause came on to be heard on plaintiff's motion for (preliminary injunction) ~~(temporary restraining order)~~ and the Court having considered the verified complaint, the affidavits submitted in support of said motion and it appearing to the Court after due deliberation that the defendant is committing or threatens to commit the acts set forth below, to the irreparable injury of the plaintiff it is ORDERED that the defendant, his agents, servants, employees and attorneys and all persons in active concert and participation with him be and they hereby are restrained and enjoined ~~until~~ _____

_____, ~~until such time as there has been a judicial determination of this action~~ from dispersing the proceeds of the decedent's life insurance policy issued by Metropolitan Life Insurance Company.

~~provided that the plaintiff unless otherwise exempted by Rule 65 an order of Court first give security in the sum~~
~~$ _____ for the payment of such costs and damages as may be incurred or~~
~~suffered by any party who is found to have been wrongfully enjoined such bond to be approved by the Court.~~

August 2, 2004
Date

Justice of the Probate and Family Court
Gregory V. Roach

CJ-D 421 (5/80)

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                                    PROBATE & FAMILY COURT
                                                  C.A. NO. 04E0070GC1

|  |  |
|---|---|
| LORRAINE FORCIER,<br>Administratrix of the Estate<br>of Darren Forcier,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY and DORIS FORCIER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of defendant Metropolitan Life Insurance Company in the above-captioned matter.

                                        METROPOLITAN LIFE INSURANCE
                                        COMPANY
                                        By their attorneys,

                                        _/s/ James F. Kavanaugh_____
                                        James F. Kavanaugh, Jr.  BBO#262360
                                        CONN KAVANAUGH ROSENTHAL PEISCH
                                            & FORD, LLP
                                        Ten Post Office Square
                                        Boston, MA 02109
                                        617-482-8200

DATED: August 16, 2004

## CERTIFICATE OF SERVICE

    I, James F. Kavanaugh, Jr., hereby certify that on this date I served the enclosed Notice of Appearance on all parties by mailing a copy thereof, postage prepaid, to:

Janet Fennell, Esq.
390 Main Street - Suite 720
Worcester, MA 01608

Doris Forcier
657 Worcester Street
Southbridge, MA 01550

                                                       James F. Kavanaugh, Jr.

DATED: August 16, 2004

207511.1

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                          PROBATE & FAMILY COURT
                                        C.A. NO. 04E0070GC1

|  |  |
|---|---|
| LORRAINE FORCIER, Administratrix of the Estate of Darren Forcier, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY and DORIS FORCIER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## MOTION (ASSENTED-TO) OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY TO ENLARGE TIME TO RESPOND TO COMPLAINT

The defendant Metropolitan Life Insurance Company, with the assent of the plaintiff, hereby moves, pursuant to Mass. R. Civ. P. 6(b) and Mass. R. Civ. P. 12(a), to enlarge the time within which it must serve a response to the complaint from August 16, 2004, to September 7, 2004. As grounds therefor, the defendant states that said additional time is necessary for it to prepare its response and to attempt to work out a resolution of its role in this case.

```
                              METROPOLITAN LIFE INSURANCE
                              COMPANY
                              By their attorneys,


                              _____
                              James F. Kavanaugh, Jr. BBO#262360
                              CONN KAVANAUGH ROSENTHAL PEISCH
                                & FORD, LLP
                              Ten Post Office Square
                              Boston, MA 02109
                              617-482-8200
```

ASSENTED TO:


_____
Janet Fennell, Esq.
Attorney for Plaintiff
390 Main Street - Suite 720
Worcester, MA 01608

DATED:  August 16, 2004

## CERTIFICATE OF SERVICE

I, James F. Kavanaugh, Jr., hereby certify that on this date I served a copy of the enclosed document on all parties by mailing a copy thereof, postage prepaid, to:

Janet Fennell, Esq.
390 Main Street - Suite 720
Worcester, MA 01608

Doris Forcier
657 Worcester Street
Southbridge, MA 01550

                                          James F. Kavanaugh, Jr.

DATED: August 16, 2004

207515.1