UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.

LORRAINE FORCIER,
Administratrix of the Estate
of Darren Forcier,

   Plaintiff

v.

METROPOLITAN LIFE INSURANCE
COMPANY and DORIS FORCIER,

   Defendants

04-40158

## MOTIONS PENDING IN WORCESTER COUNTY FAMILY & PROBATE COURT

The defendant Metropolitan Life Insurance Company believes that the following four motions are currently pending in this action in the Worcester County Probate & Family Court:

1. Metropolitan Life Insurance Company's Motion For Leave To Deposit Money Into Court, To Dismiss, And To Recover Attorneys' Fees And Costs;

2. Doris Forcier's Motion to Dismiss;

3. Plaintiff's Petition And Proposed Decree;

4. Motion (Assented-To) Of Defendant Metropolitan Life Insurance Company To Enlarge Time To Respond To Complaint.

METROPOLITAN LIFE
INSURANCE COMPANY
By its attorneys,

*[signature]*
James F. Kavanaugh, Jr.
BBO# 262360
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

Dated: August 18, 2004

207745.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 8/18/04

*[signature]*

2