UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DOCKET
NO.: 04CV40158

| | |
|---|---|
| LORRAINE FORCIER, ADMINISTRATRIX OF THE ESTATE OF DARREN FORCIER, | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) **DORIS FORCIER'S** |
| | ) **MOTION TO DISMISS** |
| METROPOLITAN LIFE INSURANCE and DORIS FORCIER | ) ) ) |
| Defendant | ) ) |

NOW COMES the defendant Doris Forcier and moves, pursuant to Mass.R.Civl.P. 12(b)(6), that this Honorable Court dismiss the plaintiffs' Complaint.

AS GROUNDS for this motion, the defendant states that the Complaint fails to state a claim upon which the requested relief can be granted.

The defendant refers to the Memorandum of Law filed herewith.

Respectfully submitted,
DORIS FORCIER,
By her attorney:

Attorney Barbara S. Liftman
Weinstein & Weinstein, P.C.
10 Mechanic Street, Suite 300
Worcester, MA 01608
(508) 757-7000
BBO#559448

DATED:   August 20, 2004

## CERTIFICATE OF SERVICE

     I, Barbara S. Liftman, do hereby certify that I have served a copy of Doris Forcier's Motion to Dismiss, Memorandum in Support of Doris Forcier's Motion to Dismiss and Proposed Order by serving copies of the same on all the parties, first class mail postage pre-paid to their attorney as follows:

          Janet Fennell, Esquire
          Law Offices of Neil S. Davis
          390 Main Street, Suite 720
          Worcester, MA 01608

          James F. Kavanaugh, Jr., Esquire
          Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
          Ten Post Office Square
          Boston, MA 01209

_____
Barbara S. Liftman, Esquire