FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS  2004 AUG 31  P 1: 14

CIVIL DOCKET
No: 04CV04158

LORRAINE FORCIER, ADMINISTRATIX OF
THE ESTATE OF DARREN FORCIER,
    Plaintiff

vs.                                             CERTIFICATE OF SERVICE

METROPOLITAN LIFE INSURANCE CO.
AND DORIS FORCIER,
    Defendants

    I, Janet Fennell, hereby certify that I have served a copy of Plaintiff's Amended Complaint in Equity for Declaratory Judgment on counsel for defendant, Metropolitan Life Insurance Company, James F. Kavanaugh, Jr. at Conn, Kavanaugh, Rosenthal, Peisch & Ford, Ten Post Office Square, Boston, MA 02109 and to counsel for defendant Doris Forcier, Barbara S. Liftman, Weinstein & Weinstein, 10 Mechanic Street, Suite 300, Worcester, MA 01608 by mailing same first class mail, postage prepaid on August 30, 2004.

/s/ Janet Fennell
Janet Fennell BBO #561288
Law Office of Neil S. Davis
390 Main Street, Suite 720
Worcester, MA 01608-1601
(508) 793-0939