UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL DOCKET
NO.: 04CV40158

| | |
|---|---|
| LORRAINE FORCIER, Administratrix of the Estate of DARREN FORCIER, | ) ) ) |
| Plaintiff | ) ) ) |
| vs. | ) CERTIFICATION PURSUANT ) TO U.S. DISTRICT COURT |
| METROPOLITAN LIFE INSURANCE COMPANY and DORIS FORCIER | ) RULE 3.01(b) ) ) |
| Defendant | ) ) |

    I, Barbara S. Liftman, hereby certify that on the 31st day of August, 2004 I conferred with Attorney Janet Fennell, counsel for the plaintiff, Lorraine Forcier, relative to my intention of filing a Motion to Strike the plaintiff's Amended Complaint on the grounds that the plaintiff had not sought and obtained leave of this court to file an Amended Complaint as required by Fed.R.Civ.P. 15(a). Counsel agreed that plaintiff would seek leave of this court to amend her Complaint and that the defendant, Doris Forcier, would not file her Motion to Strike.

    Signed this 1st day of September, 2004.

                                                         Respectfully submitted,
                                                         Defendant,
                                                         DORIS FORCIER,
                                                         By Her Attorney,

                                                         Attorney Barbara S. Liftman
                                                         Weinstein & Weinstein, P.C.
                                                         10 Mechanic Street, Suite 300
                                                         Worcester, MA 01608
                                                         (508) 757-7000
                                                         BBO#559448

## CERTIFICATE OF SERVICE

I, Barbara S. Liftman, do hereby certify that I have served a copy of Certification Pursuant to U.S. District Court Rule 3.01(b) by serving copies of the same on all the parties, first class mail postage pre-paid to their attorney as follows:

Janet Fennell, Esquire
Law Offices of Neil S. Davis
390 Main Street, Suite 720
Worcester, MA 01608

James F. Kavanaugh, Jr., Esquire
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109

_____
Barbara S. Liftman, Esquire

2