UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-40158-FDS

LORRAINE FORCIER,  )
Administratrix of the Estate  )
of Darren Forcier,  )
  )
    Plaintiff,  )
  )
v.  )
  )
METROPOLITAN LIFE INSURANCE  )
COMPANY and DORIS FORCIER,  )
  )
    Defendants.  )

### OPPOSITION OF METROPOLITAN LIFE INSURANCE COMPANY TO DORIS FORCIER'S MOTION TO DISMISS

The defendant Metropolitan Life Insurance Company ("MetLife") hereby opposes the motion to dismiss of defendant Doris Forcier on the sole ground that the motion seeks simply a dismissal of the action without a judgment declaring the rights of the parties. MetLife takes no position on the merits of the dispute between the plaintiff and the defendant Doris Forcier over their claims to entitlement to death benefits due from the Macromedia Employee Benefit Plan as a result of the death of Darren Forcier. Because the case is in the nature of a declaratory judgment action, however, it should not be disposed of with a simple dismissal. Instead, the Court should provide

the parties with a declaration of their respective rights in the dispute giving rise to the case.

METROPOLITAN LIFE INSURANCE
COMPANY
By their attorneys,

*James F. K* [signature]

James F. Kavanaugh, Jr. BBO#262360
CONN KAVANAUGH ROSENTHAL PEISCH
 & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED:   September 2, 2004

208875.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 9/2/04.

*James F. K* [signature]