UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-CV-40158-FDS

LORRAINE FORCIER, ADMINISTRATRIX OF )
THE ESTATE OF DARREN FORCIER, )
)
      Plaintiff )
vs. )
)
METROPOLITAN LIFE INSURANCE CO. )
AND DORIS FORCIER, )
)
      Defendants )

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Now comes the plaintiff, Lorraine Forcier, Administratrix of the Estate of Darren Forcier and requests that this court grant her leave to amend her Complaint in Equity to a Complaint in Equity for Declaratory Judgment.

As basis, plaintiff states that an action for declaratory judgment is the appropriate relief plaintiff seeks in order to determine the parties' rights in the dispute regarding death benefits due from the Macromedia Employee Benefit Plan.

                          LORRAINE FORCIER, Plaintiff
                          By Her Attorney,

                          /s/ Janet Fennell
                          Janet Fennell BBO #561288
                          Law Office of Neil S. Davis
                          390 Main Street, Suite 720
                          Worcester, MA 01608-1601
                          (508) 793-0939
                          Dated: September 3, 2004

NEIL S. DAVIS
ATTORNEY AT LAW
390 MAIN STREET
WORCESTER, MA 01608
(508) 793-0939