# MetLife®

YOUR EMPLOYEE
BENEFIT PLAN

MACROMEDIA, INC.

LIFE BENEFITS

Macromedia, Inc.
600 Townsend
San Francisco, California 94103

TO OUR EMPLOYEES:

All of us appreciate the protection and security insurance provides

This certificate describes the benefits that are available to you. We urge you to read it carefully.

Benefits are provided through a group policy issued to Macromedia, Inc. by Metropolitan Life Insurance Company.

Macromedia, Inc.

# MetLife®

Metropolitan Life Insurance Company
One Madison Avenue, New York, New York 10010-3690

Certifies that the benefits as described herein are provided under and subject to the terms and conditions of the Group Policy issued to the Employer.

The Employee named below is covered for the Personal Benefits on the effective date set forth below.

The Dependent Benefits apply to the Employee named below only if the Employee is eligible for, has requested and is covered for Dependent Benefits.

*[signature]*

Robert H. Benmosche
Chairman, President and Chief Executive Officer

Employer:    **Macromedia, Inc.**

Group Policy No.:    **101599-G**

PLEASE AFFIX THE STICKER SHOWING
THE EMPLOYEE'S NAME AND
EFFECTIVE DATE IN THIS SPACE

Accelerated Benefits may be taxable. If so, you or your Beneficiary may incur a tax obligation. As with all tax matters, you should consult your personal tax advisor to assess the impact of this Benefit.

**Texas Residents: Please Read the Notice Pages for Texas Residents Carefully**

If any prior certificate relating to the coverage set forth herein has been given to the Employee, such certificate is void.

Form G.23000-Cert

California residents please be advised of the following:

## IMPORTANT NOTICE

TO OBTAIN ADDITIONAL INFORMATION, OR TO MAKE A COMPLAINT, CONTACT YOUR EMPLOYER OR THE METLIFE CLAIM OFFICE SHOWN ON THE EXPLANATION OF BENEFITS YOU RECEIVE AFTER FILING A CLAIM.

IF, AFTER CONTACTING YOUR EMPLOYER AND/OR METLIFE, YOU FEEL THAT A SATISFACTORY SOLUTION HAS NOT BEEN REACHED, YOU MAY FILE A COMPLAINT WITH THE CALIFORNIA INSURANCE DEPARTMENT AT:

DEPARTMENT OF INSURANCE
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
1 (800) 927-4357

-iv-

For Texas Residents:

## IMPORTANT NOTICE

To obtain information or make a complaint

You may call MetLife's toll-free telephone number for information or to make a complaint at

1-800-638-5433

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at

1-800-252-3439

You may write the Texas Department of Insurance
P.O. Box 149104
Austin, TX 78714-9104
Fax # 512 - 475-1771

PREMIUM OR CLAIM DISPUTES: Should you have a dispute concerning your premium or about a claim you should contact MetLife first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

ATTACH THIS NOTICE TO YOUR POLICY: This notice is for information only and does not become a part or condition of the attached document.

Para Residentes de Texas:

## AVISO IMPORTANTE

Para obtener información o para someter una queja

Usted puede llamar al número de teléfono gratis de MetLife para información o para someter una queja al

1-800-638-5433

Puede comunicarse con el Departamento de Seguros de Texas para obtener información acerca de compañías, coberturas, derechos o quejas al

1-800-252-3439

Puede escribir al Departamento de Seguros de Texas
P.O. Box 149104
Austin, TX 78714-9104
Fax # 512 - 475-1771

DISPUTAS SOBRE PRIMAS O RECLAMOS: Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con MetLife primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

UNA ESTE AVISO A SU POLIZA: Este aviso es solo para propósito de información y no se convierte en parte o condición del documento adjunto.

-v-

## For Texas Residents:

### IMPORTANT NOTICES:

DEATH BENEFITS WILL BE REDUCED IF AN ACCELERATION-OF-LIFE-INSURANCE BENEFIT IS PAID.

DISCLOSURE: The acceleration-of-life-insurance benefits offered under this certificate are intended to qualify for favorable tax treatment under the Internal Revenue Code of 1986. If the acceleration-of-life-insurance benefits qualify for such favorable tax treatment, the benefits will be excludable from your income and not subject to federal taxation. Tax laws relating to acceleration-of-life insurance benefits are complex. You are advised to consult with a qualified tax advisor about circumstances under which you could receive acceleration-of-life-insurance benefits excludable from income under the federal law.

DISCLOSURE: Receipt of acceleration-of-life-insurance benefits may affect your, your spouse or your family's eligibility for public assistance programs such as medical assistance (Medicaid), Aid to families with Dependent Children (AFDC), supplementary social security income (SSI), and drug assistance programs. You are advised to consult with a qualified tax advisor and with social service agencies concerning how receipt of such payment will affect your, your spouse and your family's eligibility for public assistance.

-vi-

## TABLE OF CONTENTS

| Section | Page |
|---|---|
| SCHEDULE OF BENEFITS (Also see SCHEDULE SUPPLEMENT) | 1 |
| SCHEDULE SUPPLEMENT | 6 |
| DEFINITIONS OF CERTAIN TERMS USED HEREIN | 8 |
| ELIGIBILITY FOR BENEFITS | 12 |
| EFFECTIVE DATES OF PERSONAL BENEFITS | 13 |
| EFFECTIVE DATES OF DEPENDENT BENEFITS | 16 |
| LIFE BENEFITS (On Your Own Account) | 20 |
| ACCELERATED BENEFITS (On Your Own Account) | 21 |
| CONTINUED DEATH BENEFITS DURING TOTAL DISABILITY | 25 |
| RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON YOUR OWN LIFE | 28 |
| LIFE BENEFITS (On Account of Dependents) | 30 |
| ACCELERATED BENEFITS (On Account Of Your Dependent Spouse) | 32 |
| RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON THE LIFE OF A DEPENDENT | 36 |
| ACCIDENTAL DEATH OR DISMEMBERMENT BENEFITS | 38 |
| BENEFICIARY | 42 |
| CLAIM PROCEDURE FOR ACCIDENTAL DEATH OR DISMEMBERMENT BENEFITS | 44 |
| WHEN BENEFITS END | 46 |
| CONDITIONS UNDER WHICH YOUR ACTIVE WORK IS DEEMED TO CONTINUE | 47 |
| NOTICES | 48 |

-vii-

# MetLife®

Metropolitan Life Insurance Company
One Madison Avenue, New York, New York 10010-3690

Endorsement

Macromedia, Inc.

**Certifies that**, subject to the terms and conditions of Group Policy No.101599-G insuring Employees of

the certificate that relates to Group Optional Life Benefits issued to each Employee, who, at the time such Employee makes a request to continue Optional Life Benefits, resides in a state which has approved such continuation (the Employee should contact the Employer to determine eligibility), is amended effective on the date shown below by adding to Item A of the page entitled "WHEN BENEFITS END" the following:

"However, for the purpose of Optional Life Benefits (On Your Own Account), the Employer has made arrangements with us to allow you to continue certain Optional Life Benefits even though:

1.  your employment with the Employer has ended due to:

    a.  voluntary termination of employment;

    b.  retirement; or

    c.  dismissal; or

2.  your employment classification has been changed such that you are no longer eligible for Optional Life Benefits (On Your Own Account) under This Plan;

subject to the following conditions:

a.  The Employer has not terminated or given us notice of termination of This Plan.

b.  You must make a written request to us to continue such Optional Life Benefits. The request and the first payment for the cost of your continued Optional Life Benefits must be received by us during the Enrollment Period. The Enrollment Period is the 31 day period after the date your Optional Life Benefits end and because of 1 or 2 above.

A notice and request form will be furnished by the Employer.

If you are not given notice, in writing, of such right to continue such Optional Life Benefits within 15 days before or after the first day of the Enrollment Period, you will have additional time in which to make the request. If such notice is given more than 15 days but less than 90 days after first day of the Enrollment Period, you will then have 45 days from the date you are given the notice in which to apply. If such notice is not given within 90 days after the first day of the Enrollment Period, the time in which you may exercise this right will expire at the end of such 90 days.

You may be entitled to apply for a personal policy of life insurance under RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON YOUR OWN LIFE. If you make a written request and are issued a personal policy, you may not make a request to continue your Optional Life Benefits.

-viii-

-ix-

c. Such Optional Life Benefits will be continued under a portability pool established under Group Policy No. 93211-G issued by us to The Chase Manhattan Bank, N.A., Trustee. Your coverage under the pool will automatically include an Accelerated Benefits Option. It will not include a provision for CONTINUED DEATH BENEFITS DURING TOTAL DISABILITY. Your coverage in the pool will become effective on the day following the end of the Enrollment Period. If you die during the Enrollment Period, we will pay a death benefit to your beneficiary. The amount of the death benefit will be the amount of Optional Life Benefits which you could have continued. This death benefit will be payable even if you did not make a request to continue such Optional Life Benefits. We will, however, pay only one death benefit either under this provision or under RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON YOUR OWN LIFE.

d. The amount you may continue is the amount indicated on your written request. This amount cannot be more than the lesser of (i) the amount of Optional Life Benefits in effect on your account on the date your Optional Life Benefits would otherwise end because your employment ends or your class is changed or (ii) $1,000,000.

e. You must pay the full cost for the continued Optional Life Benefits directly to us. Payments, other than the first, are due on the first day of each calendar month. We will send you a payment notice. A grace period of 31 days will be allowed for each payment. If you do not make the full payment within the grace period, your continued Optional Life Benefits will end; they will end on the

-x-

f. The payment you make for the continued Optional Life Benefits will change each year as a result of your advancing age. Such change in your payments will take effect on January 1st of each year. In addition, a review of the financial experience of the portability pool will be made by us annually. The payments you make may change after our review of the experience of the pool. We will provide you with notice of any change in your payment no later than 31 days immediately preceding the effective date of the change.

g. In the event you became entitled to a Death Benefit under CONTINUED DEATH BENEFITS DURING TOTAL DISABILITY, your continued Optional Life Benefits will end on the date you became covered for Death Benefits. In the event of a claim, we will pay only the Death Benefits. We will return any contributions made by you for your continued Optional Life Benefits for the period from when you became covered for Death Benefits to the date of the claim."

The above change will become effective on the effective date of your certificate.

Robert H. Benmosche
Chairman, President and Chief Executive Officer

-xi-

Form G-23000-END-21

last day of the grace period. Your continued Optional Life Benefits may not be reinstated.

# SCHEDULE OF BENEFITS
## (Also see SCHEDULE SUPPLEMENT)

The following Benefits are provided subject to the provisions below.

### BENEFITS (EMPLOYEE ONLY)                                              AMOUNT

BASIC LIFE ........................................ An amount equal to 2 times your basic annual earnings, as determined by your Employer, rounded to the nearest $1,000

Maximum Basic Life Benefit ........................ $500,000

### OPTIONAL LIFE

All Employees who elect:

Option 1 ............................................ An amount equal to 1 times your basic annual earnings, as determined by your Employer, rounded to the nearest $1,000

Option 2 ............................................ An amount equal to 2 times your basic annual earnings, as determined by your Employer, rounded to the nearest $1,000

Option 3 ............................................ An amount equal to 3 times your basic annual earnings, as determined by your Employer, rounded to the nearest $1,000

The Combined Maximum Amount of Basic Life and Optional Life Benefits is $1,000,000.

1

Only your Life Benefits will be reduced if Accelerated Benefits are paid. Any amount of Accidental Death or Dismemberment Benefits will be based on the amount of your earnings used to determine the amount of your Life Benefits in effect at the date payment of the Accelerated Benefit is made subject to any change in your earnings as described in the Increase and Decrease provisions in this SCHEDULE OF BENEFITS.

See pages hereof entitled ACCELERATED BENEFITS (ON YOUR OWN ACCOUNT).

You may request payment of an Accelerated Benefit from your Basic or Optional Life Benefits or from both. If you elect payment from both your Basic and Optional Life Benefits, the Accelerated Benefits payment will be determined in accordance with the pages hereof entitled ACCELERATED BENEFITS (ON YOUR OWN ACCOUNT), but not more than $250,000 will be payable for Basic Life and not more than $250,000 for Optional Life.

ACCIDENTAL DEATH OR
DISMEMBERMENT................  An amount equal to your
                               Basic Life Benefits

**BENEFITS (DEPENDENTS ONLY)**                            **AMOUNT**

**DEPENDENT LIFE**

Spouse ......  Multiples of $10,000, up to a
               Maximum Benefit of $100,000
               or 50% of Employee amount
               whichever is less.

Child (under 6 months)............  $1,000

Child (6 months and over)............  $10,000

See pages hereof entitled ACCELERATED BENEFITS (ON ACCOUNT OF YOUR DEPENDENT SPOUSE).

2

---

## INCREASES AND DECREASES IN AMOUNTS OF BASIC AND OPTIONAL LIFE BENEFITS AND ACCIDENTAL DEATH OR DISMEMBERMENT BENEFITS

Your earnings on the date you become covered under This Plan will determine your benefits on that date. Any increase or decrease in your benefits will take place on the date of change in your earnings provided you are Actively at Work on that date. If you are not Actively at Work on the date of change in your earnings, the change in your benefits will take place when you return to Active Work.

**PROVISIONS APPLICABLE TO BASIC LIFE BENEFITS AND OPTIONAL LIFE BENEFITS IN TOTAL AMOUNTS GREATER THAN $500,000**

1. You must, at your expense, give us evidence of your good health in order to:

a. become covered by This Plan for a total amount of Life Benefits greater than $500,000; or

b. receive, due to an increase in your earnings, an increase in the amount of Life Benefits of $25,000 or more if you are already covered for a total amount of Life Benefits greater than $500,000.

2. If we accept the evidence of your good health as satisfactory, such amount of Life Benefits or such increase in the amount of Life Benefits will become effective:

a. with respect to Basic Life Benefits, on the later of: (i) the date we accept the evidence of your good health if you are Actively at Work on that date or (ii) on the date you return to Active Work if you are not Actively at Work on that date; and

b. with respect to Optional Life Benefits, on the later of: (i) the date we accept the evidence of your good health or (ii) the effective date of your Personal Benefits provided, on such later date, you have satisfied the Work Requirements. If you have not satisfied the Work Requirements, such amount of Optional Life Benefits or such increase in the amount of

3

Optional Life Benefits will become effective on the first day after you satisfy the Work Requirements.

3. If you do not give us evidence of your good health, or if such evidence of good health is not accepted by us as satisfactory, the amount of your Life Benefits will not be more than the greater of:

   a. the amount of Life Benefits for which you were covered immediately prior to the date on which any such increase would have become effective; or

   b. $500,000.

## PROVISIONS APPLICABLE TO DEPENDENT LIFE BENEFITS ON YOUR DEPENDENT SPOUSE IN EXCESS OF $10,000

1. You must, at your expense, give us evidence of the good health of your Dependent spouse in order for your Dependent spouse to become covered under This Plan for an amount of Dependent Life Benefits greater than $10,000.

2. Such amount of Dependent Life Benefits or such increase in the amount of Dependent Life Benefits will become effective for your Dependent spouse on the later of:

   a. the date the evidence of the good health of your Dependent spouse is accepted by us as satisfactory; and

   b. the effective date of you Personal Benefits;

   provided you are Actively at Work on that date. If you are not Actively at Work on the date, such amount of Dependent Life Benefits will become effective on the date of your return to Active Work.

3. If you do not give us evidence of the good health of your Dependent spouse, or if such evidence of good health is not accepted by us as satisfactory, the amount of Dependent Life Benefits will not be more that $10,000.

4

## IF YOU ARE AGE 65 OR OLDER

The amounts of your Benefits on and after age 65 will be determined by applying the appropriate percentage from the following table to the amount of such benefits in effect on the day before your 65th birthday.

| Age of Employee | Percentage |
|---|---|
| 65 but less than 70 | 65% |
| 70 but less than 75 | 45% |
| 75 but less than 80 | 30% |
| 80 or older | 20% |

The amounts of your Optional Life Benefit are not subject to reduction.

## AMOUNT OF CONTINUED DEATH BENEFITS DURING TOTAL DISABILITY

The amount of your Death Benefits will be determined by the table below. The percentage for your age on the date of your death is to be applied to the amount of your Life Benefits on the date your Life Benefits ended.

| If You Die | Percentage |
|---|---|
| Before age 65 | 100% |
| On or after age 65 | 0% |

Your Death Benefits will be reduced if Accelerated Benefits are paid.

## WHEN YOU RETIRE

No benefits are provided under This Plan on or after the day you retire.

Form G.23000-B

5

## SCHEDULE SUPPLEMENT

**A. Statements Made by You Which Relate to Insurability**

Any statement made by you will be deemed a representation and not a warranty.

No such statement made by you which relates to insurability will be used:

1. in contesting the validity of the benefits with respect to which such statement was made; or

2. to reduce the benefits;

unless the conditions listed in Items (a) and (b) below have been met:

a. The statement must be contained in a written application which has been signed by you.

b. A copy of the application has been furnished to you or to your Beneficiary.

No such statement made by you will be used at all after such benefits have been in force prior to the contest for a period of two years during the lifetime of the person to whom the statement applies.

**B. Assignment**

The benefits with respect to the Life Benefits (On Your Own Account) and the Accidental Death or Dismemberment benefits under This Plan may be assigned as a gift. The benefits with respect to the Life Benefits (On Your Own Account) are also assignable by means of a viatical assignment. Any such assignment will transfer all right, title, interest and incidents of ownership, both present and future, in such benefits, including, but not limited to, the following:

1. The right to make any contributions required to keep the benefits in force under This Plan.

2. The privilege of obtaining an individual policy of life insurance.

3. The right to change the Beneficiary.

No assignment will be binding on us nor on the Employer unless the following conditions are met:

1. The assignment is in a form which is acceptable to us and to the Employer.

2. The assignment is filed at our Home Office.

We assume no obligation as to the validity or the sufficiency of any assignment, neither does the Employer.

**C. Additional Provisions**

1. The benefits under This Plan do not at any time provide paid-up insurance, or loan or cash values.

2. No agent has the authority:

a. to accept or to waive the required notice or proof of a claim; nor

b. to extend the time within which a notice or a proof must be given to us.

6

7

Form G.23000-B1

## DEFINITIONS OF CERTAIN TERMS USED HEREIN

"**Actively at Work**" or "**Active Work**" means that you are performing all of the material duties of your job with the Employer where these duties are normally carried out. If you are Actively at Work on your last scheduled working day, you will be deemed Actively at Work:

1. on a scheduled non-working day;

2. provided you are not disabled.

"**Covered Person**" means an Employee or a Dependent on whose account benefits are in effect under This Plan.

"**Dependent**" means your spouse or your unmarried child except for:

1. a person who is in the military or like forces of any country or of any subdivision of a country;

2. a person who is covered under This Plan as an Employee;

3. a person who lives outside the United States or Canada;

4. an unborn or stillborn child; or

5. a child who is 21 years of age or older, unless a child:

   a. is more than 21 years of age but less than 24 years of age; and

   b. is attending an educational institution.

8

If a Dependent child is a Covered Person on the day before that child has reached the applicable age limit, that child will continue to be a Dependent after the age limit as long as:

a. that child is and remains unable to work in self-sustaining employment because of:

   1. physical handicap; or

   11. mental retardation; and

b. that child is and remains chiefly dependent upon you for support; and

c. that child is and remains a Dependent, as defined, except for the age limit; and

d. you give us proof, when we ask for it, that the child is and remains so unable to work and dependent upon you since the age limit. We will not ask for proof more than once a year. The proof must be satisfactory to us; and

e. you make any payment which is required by the Employer.

Child includes:

a. a child who is supported solely by you; and

b. a child who is legally adopted; and

c. a stepchild; and

d. a child for whom benefits must be provided by court order, that we have been notified of (as set forth in a divorce decree).

No person may be covered as a Dependent of more than one Employee.

"**Dependent Benefits**" mean the benefits which are provided on account of a Dependent under This Plan.

9

"Doctor" means a person who is legally licensed to practice medicine. A licensed practitioner will be considered a Doctor if:

1. there is a law which applies to This Plan and that law requires that any service performed by such a practitioner must be considered for benefits on the same basis as if the service were performed by a Doctor; and

2. the service performed by the practitioner is within the scope of his or her license.

"Employee" means a person who is employed and paid for services by the Employer on a full-time basis working 20 or more hours per week.

"Enrollment Form" means the form used by you to request

1. Personal Benefits; and

2. Dependent Benefits;

which contains certain medical questions which the applicant must complete.

"Hospitalized" means that you or your Dependent has received:

1. inpatient care in a hospital; or

2. care in:

   a. a hospice facility; or

   b. an intermediate facility; or

   c. a long term care facility; or

3. chemotherapy; or

4. radiation therapy; or

5. dialysis treatment.

10

"Normal Activities" means that your Dependent:

1. is not confined in a hospital; or

2. is not confined at home under the care of a Doctor for a sickness or injury; or

3. is not receiving and is not entitled to receive any disability income from any source due to any sickness or injury.

"Personal Benefits" mean the benefits which are provided on account of an Employee under This Plan.

"Qualifying Event" means a change in your Family status due to one or more of the following events:

1. marriage;

2. the birth or adoption of a child;

3. divorce;

4. the death of a dependent;

5. termination or commencement of employment by your spouse;

6. cessation or commencement of insurance on you or your spouse due to changes in your spouse's employment class or status; or

7. cessation or commencement of insurance on you or your spouse's due to changes in the group policy which applies to your spouse's class of employees.

"This Plan" means the Group Policy which is issued by us to provide Personal Benefits and Dependent Benefits.

11

T-038   P.015/037   F-246

09-24-2004   16:03   5:0r-

"**Total Disability**" or "**Totally Disabled**" means that because of a sickness or an injury:

1. you can not do your job; and

2. you can not do any other job for which you are fit by your education, your training or your experience.

"**We**", "**us**" and "**our**" mean Metropolitan.

"**Work Requirements**" means that you have:

1. worked as an Employee at least 20 hours during the last 7 consecutive calendar days; and

2. worked at either your usual place of business or away from your usual place of business at your Employer's convenience.

"**You**" and "**your**" mean the Employee who is a Covered Person for Personal Benefits. They do not include a Dependent of the Employee.

Form G.23000-A

## ELIGIBILITY FOR BENEFITS

**Personal Benefits Eligibility Date**

If you are an Employee on January 1, 2000, that is your Personal Benefits Eligibility Date.

If you become an Employee after January 1, 2000, your Personal Benefits Eligibility Date is the date you become an Employee of the Employer.

**Dependent Benefits Eligibility Date**

Your Dependent Benefits Eligibility Date is the later of your Personal Benefits Eligibility Date and the date you first acquire a Dependent.

Form G.23000-C

## EFFECTIVE DATES OF PERSONAL BENEFITS

**A.   Making a Request for Benefits**

1. Your Employer has established a flexible benefits plan. Under such a plan, you can choose the amount and types of benefits subject to the rules of the plan. Such rules include time frames during which you may make a request to be covered or to change your benefits under This Plan as set forth below. Such rules also establish a time frame for when changes in the amount of your benefits are made as a result of a change in your class or earnings. Your Employer can provide you with more information regarding the flexible benefits plan. In order to become covered for Personal Benefits under This Plan, you must make a written request to the Employer on the flexible benefits enrollment form furnished by the Employer.

In general, you can make choices for coverage for Personal Benefits:

a. when you are first eligible for Personal Benefits; and

b. when you have a Qualifying Event and want to make a change in your coverage for Personal Benefits :o be more consistent with your new family status; and

c. during the annual enrollment period as designated by the Employer and reported to you.

Requests to be covered for Personal Benefits may only be made:

a.  during the thirty-one day period following your Personal Benefits Eligibility Date; or

b.  during the first and any subsequent annual enrollment period, as designated by the Employer and reported to you, following your Personal Benefits Eligibility Date; or

c.  within thirty-one days of a Qualifying Event.

2.  If you are already covered for Personal Benefits, requests for changes in Personal Benefits may only be made:

a.  during the annual enrollment period, as designated by the Employer and reported to you; or

b.  within thirty-one days of a Qualifying Event, provided that the change in coverage is consistent with your new family status.

3.  If you make a request to be covered for Personal Benefits within thirty-one days of your Personal Benefits Eligibility Date, your Personal Benefits will become effective on your Personal Benefits Eligibility Date, subject to the Work Requirements.

If you make a request to be covered for Personal Benefits or a request for change(s) in Personal Benefits within thirty-one days of a Qualifying Event, your Personal Benefits or the change(s) in Personal Benefits will become effective on the first day of the month following the date of your request, subject to the Work Requirements, and provided that the change in coverage is consistent with your new family status.

4.  If you make a request to be covered for Personal Benefits during an annual enrollment period, but after:

a.  your Personal Benefits Eligibility Date; or

b.  electing no coverage at your initial eligibility date;

14

evidence of your good health must be given to us.

5.  If you make a request to change your Personal Benefits (other than Personal Optional Life Benefits) during an annual enrollment period, your Personal Benefits (other than Personal Optional Life Benefits) will become effective on the first day of the calendar year following the annual enrollment period, subject to the Active Work Requirement.

6.  If you make a request, during an annual enrollment period, to increase your Optional Life Benefits to an option of the Plan providing the next higher level of benefits, evidence of your good health is not required. The increased amount of Optional Life Benefits will become effective on the first day of the calendar year following the annual enrollment period, subject to the Work Requirements.

However, if the increased amount of Optional Life Benefits brings the total amount of your Life Benefits to an amount greater than 500,000, then you must give us evidence of your good health, in accordance with the provisions of the form entitled SCHEDULE OF BENEFITS.

7.  If you make a request, during an annual enrollment period, to increase your Optional Life Benefits to an option of the Plan providing more than the next higher level of benefits, you must give us evidence of your good health.

8.  If you make a request, during an annual enrollment period, to decrease your Optional Life Benefits to an option of the Plan providing a lower level of benefits, the decreased amount of Optional Life Benefits will become effective on the first day of the annual enrollment period.

B.  Evidence of Good Health

The evidence of good health is to be given at your expense. Your Personal Benefits will become effective on the first day of the month following the date such evidence of good health is accepted by us as satisfactory, subject to the Work Requirements.

15

If the evidence of your good health is not accepted by us as satisfactory, you will not be covered for Personal Benefits.

**C. Active Work Requirement**

You must be Actively at Work in order for your Personal Benefits to become effective. If you are not Actively at Work on the date when your Personal Benefits would otherwise become effective, your Personal Benefits will become effective on the first day after you return to Active Work.

**D. Reinstatement of Benefits**

If your Personal Benefits end because you do not make a required contribution to their cost, you may make a request to reinstate them, subject to the foregoing provisions.

**E. Work Requirements**

You must satisfy the Work Requirements in order for your Personal Benefits to become effective. If you have not satisfied the Work Requirements on the date when your Personal Benefits would otherwise become effective, these benefits will become effective on the first day after you satisfy the Work Requirements.

Form G-23000-D1

---

## EFFECTIVE DATES OF DEPENDENT BENEFITS

**A. Making a Request for Benefits**

1. In order to become insured for Dependent Benefits under This Plan, you must make a written request to the Employer on the flexible benefits enrollment form furnished by the Employer.

Requests to be covered for Dependent Benefits may only be made:

a. during the thirty-one day period following your Dependent Benefits Eligibility Date; or

b. during the first and any subsequent annual enrollment period, as designated by the Employer and reported to you, following your Dependent Benefits Eligibility Date; or

c. within thirty-one days of a Qualifying Event, provided that the change in coverage is consistent with your new family status.

Requests for changes in your Dependent Benefits may only be made:

d. during the annual enrollment period, as designated by the Employer and reported to you; or

e. within thirty-one days of a Qualifying Event, provided that the change in coverage is consistent with your new family status.

2. If you make a request to be covered for Dependent Benefits within thirty-one days of your Dependent Benefits Eligibility Date, your Dependent Benefits will become effective, subject to the Additional Requirements, and, on the latest of:

a. your Dependent Benefits Eligibility Date; and

b. the effective date of your Personal Benefits; and

c. the date the information on the enrollment form related to such Dependent is accepted by us as satisfactory.

3. If you make a request to be covered for Dependent Benefits or a request for change(s) in Dependent Benefits within thirty-one days of a Qualifying Event, your Dependent Benefits or the change(s) in the Dependent Benefits will become effective on the first day of the month following the

date of your request, subject to the Additional Requirements, and provided that the change in coverage is consistent with your new family status.

4. If you make a request to be covered for Dependent Benefits, during an annual enrollment period but after:

a. your Dependent Benefits Eligibility Date.; or

b. electing no coverage at the initial eligibility date;

evidence of the good health of each such Dependent must be given to us.

## B. Additional Requirements

If, on the date you would have become covered under This Plan for Life Benefits (On Account of Dependents), a Dependent:

1. has been Hospitalized in the last three months prior to the date you make a request for Dependent Benefits under This Plan;

2. is then Hospitalized; or

3. is not then able to perform Normal Activities;

then evidence of the good health of each such Dependent must be given to us.

## C. Evidence of Good Health

The evidence of good health is to be given at your expense. Your Dependent Benefits will become effective for each such Dependent for whom evidence of good health must be given to us on the later of:

1. the date the evidence of the good health of such Dependent is accepted by us as satisfactory; and

2. the effective date of your Personal Benefits.

18

If the evidence of the good health of any person is not accepted by us as satisfactory, such person:

1. will be deemed not to be a Dependent for the purpose of Dependent Benefits; and

2. will not be covered for Dependent Benefits.

## D. Reinstatement of Benefits

If your Dependent Benefits end because you do not make a required contribution to their cost, you may make a request to reinstate them, subject to the foregoing provisions.

## E. New Dependents

If you are covered for Dependent Benefits and acquire a new Dependent, such event may be considered, subject to the provisions of the flexible benefits plan, as a Qualifying Event. The effective date of Dependent Benefits with respect to such person who becomes your Dependent would be determined in accordance with the foregoing provisions.

Form G.23000-D2

19

## LIFE BENEFITS
### (On Your Own Account)

**A. Coverage**

If you die while you are covered for Life Benefits, we will pay to the Beneficiary the amount of Life Benefits that is in effect on your life on the date of your death.

**B. Optional Types of Payment**

Payment of any amount of Life Benefits may be made in installments. Details on the payment options may be obtained from the Employer.

**C. Suicide Provision (Applicable to Optional Life Benefits)**

Optional Life Benefits will not be paid to the Beneficiary if you commit suicide, while sane or insane, within 2 years from the effective date of this certificate. Instead we will pay the Beneficiary an amount equal to any contributions paid, without interest.

If you commit suicide, while sane or insane, more than 2 years after the effective date of this certificate, but within 2 years from the effective date of any increase in the amount of your Optional Life Benefits, such increased amount will not be paid to the Beneficiary. Instead we will pay the Beneficiary:

1.  an amount equal to all contributions paid for the increased amount, without interest, plus

2.  an amount equal to the amount of Optional Life Benefits that was in effect on the day before the effective date of such increased amount.

Form G.23000-1

20

## ACCELERATED BENEFITS
### (On Your Own Account)

**A. Definitions**

"Meet the Requirements" means:

1.  your life span is drastically limited; and

2.  you are expected to die within 6 months; and

3.  you are not expected to recover.

These must be certified by a Doctor and accepted by us.

**B. Coverage**

We will pay Accelerated Benefits to you if:

1.  you are less than 63 years old when you apply for Accelerated Benefits; and

2.  you apply for Accelerated Benefits while your Life Benefits or Death Benefits are in effect; and

3.  you Meet the Requirements while you are covered for Life Benefits or Death Benefits; and

4.  you or your legal representative requests payment of Accelerated Benefits while your Life Benefits or Death Benefits are in effect.

Accelerated Benefits are payable only once.

21

09-24-2004  16:06  From-                                     T-038  P.021/037  F-246

## E. Exclusions

Accelerated Benefits will not be payable if:

1. you have assigned your Life Benefits (see Assignment provision under SCHEDULE SUPPLEMENT); or

2. we have been notified that all or a portion of your Life Benefits or Death Benefits are to be paid to your former spouse as part of a divorce agreement; or

3. you Meet the Requirements as a result of:

   a. attempted suicide; or

   b. injuring yourself on purpose; or

   c. alcohol or drug abuse; or

   d. a war, or a warlike action in time of peace; or

   e. any event occurring while you are in violation of criminal law; or

4. the amount of your Life Benefits or Death Benefits is less than $10,000.

## F. Time Limits on Starting Lawsuits

No lawsuit may be started to obtain benefits until 60 days after proof is given.

## G. Medical Examination

While a claim is pending, we, at our expense, have the right to have you examined by Doctors of our choice when and as often as we reasonably choose.

Form G.23000-36-2

24

---

# CONTINUED DEATH BENEFITS
# DURING TOTAL DISABILITY

## A. Coverage

If you cease to be Actively at Work as an Employee due to Total Disability, your Life Benefits may be continued for up to 12 months. For this to occur, your Employer must deem you to be Actively at Work and must continue to make premium payments for your Life Benefits. Your Life Benefits will end once you have ceased to be Actively at Work as an Employee due to Total Disability for 12 months. Death Benefits may be payable after your Life Benefits end in certain cases of Total Disability. We will pay Death Benefits to your Beneficiary if:

1. you become Totally Disabled before your Life Benefits end; and

2. your Total Disability starts for Basic Life Benefits and for Optional Life Benefits after you have been covered for such benefits for one year; and

3. you are less than 60 years old when you become Totally Disabled; and

4. you continue to be Totally Disabled after your Life Benefits end and until the date of your death; and

5. you die before you are 65 years old; and

6. the required proof is submitted to us.

However, no Death Benefits are payable if a death benefit is payable under RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON YOUR OWN LIFE.

25

---

AUG-24-2004  17:13                    98%                    P.21

**B. Proof of Claim**

The Death Benefits will be payable when we receive proof of your death if:

1. we have received proof of your Total Disability no later than 12 months after the date you ceased to be Actively at Work because of Total Disability. This proof must establish that your Total Disability had continued for at least nine months from the date you were last Actively at Work; and

2. you submit further proof, when we ask for it, that you continue to be Totally Disabled. We will not ask for such proof more than once a year; and

3. upon your death proof that Total Disability continued to the date of your death is given to us.

If you die within a year after your Life Benefits ended and before any proof has been given, then proof that your Total Disability continued to the date of your death must be given to us. This proof must be given within one year of your death.

All proofs must be given to us. The proofs must be in a form that is satisfactory to us. We have no duty to ask for any proof. If any proof is not given on time, the delay will not cause a claim to be denied so long as the proof is given as soon as reasonably possible.

At any time that proof of your Total Disability is given, we may have you examined by Doctors of our choice, at our expense.

26

**C. Amount**

The amount of Death Benefits is the amount shown in the SCHEDULE OF BENEFITS.

**D. Termination**

Your Death Benefits will end on:

1. the date you are no longer Totally Disabled; or

2. the date you do not give us proof of Total Disability when required; or

3. the day before the date you become 65 years old.

**E. One Payment Only**

If we have issued a personal policy under RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON YOUR OWN LIFE, we will pay Death Benefits only if that policy is returned to us without any claim. In such case an amount equal to the premiums paid on the personal policy will be given to the Beneficiary.

Form G.23000-1B1-A

27

# RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON YOUR OWN LIFE

## A. Application

We will issue a personal policy of life insurance without disability or accidental death benefits to you if you apply for it in writing during the Application Period. The Application Period is the 31 day period after:

1. the date your Life Benefits end because your employment ends or because you are no longer in a class which remains eligible for Life Benefits; or

2. the date your Life Benefits end because This Plan ends, but only if your Life Benefits under This Plan have been in effect for at least 5 years; or

3. the date This Plan is changed to end the Life Benefits for your class, but only if your Life Benefits under This Plan have been in effect for at least 5 years; or

4. the date your Death Benefits end under CONTINUED DEATH BENEFITS DURING TOTAL DISABILITY if you do not then again become eligible for Life Benefits under This Plan.

## B. Conditions

The personal policy will be issued to you subject to these conditions:

1. it will be on one of the forms then usually issued by us, except term insurance; and

2. it will not take effect until after the Application Period ends; and

Proof that you are insurable is not required by us.

3. the premium for the policy will be based on:

a. the class of risk to which you belong; and

b. your age on the effective date of the policy; and

c. the form and amount of the policy; and

4. if item A(1) applies to you, the amount of the policy will not be more than the amount of your Life Benefits on the date the Life Benefits end; and

5. if item A(2) or item A(3) applies to you, the amount of the policy will not be more than the lesser of:

a. the amount of your Life Benefits on the date the Life Benefits end, less any amount of life insurance for which you may be eligible under any group policy which takes effect within 31 days after your Life Benefits end; and

b. $2,000; and

6. if item A(4) applies to you, the amount of the policy will not be more than the amount of your Death Benefits on the date the Life Benefits end.

## C. If You Die During the Application Period

If you die during the Application Period, we will pay a death benefit to the Beneficiary. The amount of the death benefit will be the highest amount of life insurance pursuant to item B(4) or B(5), or B(6) for which a personal policy could have been issued. This death benefit will be paid even if you did not apply for a personal policy.

Form G.23000-1A

## LIFE BENEFITS
## (On Account of Dependents)

### A. Coverage

If a Dependent dies while Life Benefits are in effect for that Dependent, we will pay the amount of Life Benefits that is in effect for that Dependent on the date of that Dependent's death.

### B. Payment of Benefits

The benefits will be paid to you if you survive the Dependent. The benefits will be paid to your estate if:

1. that Dependent dies at the same time your death occurs; or

2. that Dependent dies within 24 hours of your death.

In any other instance the benefits will be paid at our option to one or more of the following persons who are related to that Dependent and who survive that Dependent:

a. parent;    c. brother and sister.

b. child;

If there is no surviving relative, the amount will be payable to the Dependent's estate.

Any payment will discharge our liability for the amount so paid.

### C. Optional Types of Payment

Payment of any amount of Life Benefits may be made in installments instead of one sum. Details on the payment options may be obtained from the Employer.

### D. Suicide

Life Benefits (On Account of Dependents) will not be paid if a Dependent commits suicide, while sane or insane, within 2 years from the effective date of this certificate. Instead we will pay an amount equal to any contributions paid, without interest, as set forth in Section B, Payment of Benefits.

If a Dependent commits suicide, while sane or insane, more than 2 years after the effective date of this certificate, but within 2 years from the effective date of any increase in the amount of Life Benefits (On Account of Dependents), such increased amount will not be paid. Instead we will pay:

a. an amount equal to all contributions paid for the increased amount, without interest; plus

b. an amount equal to the amount of Life Benefits (On Account of Dependents) that was in effect on the day before the effective date of such increased amount,

as set forth in Section B, Payment of Benefits.

Form G.23000-7C

## ACCELERATED BENEFITS

If you could have applied for a policy under item A(4) and you die within one year after your Life Benefits end, we will, within one year after your death, be given proof that

1. your Total Disability had continued from the date your Life Benefits ended to within 31 days of the date of your death; and

2. your death occurred during the Application Period which applies to item A(4).

(On Account Of Your Dependent Spouse)

**A.    Definitions**

"**Meets the Requirements**" means:

1.    your Dependent spouse's life span is drastically limited; and

2.    your Dependent spouse is expected to die within 6 months;
      and

3.    your Dependent spouse is not expected to recover.

These must be certified by a Doctor and accepted by us.

**B.    Coverage**

We will pay Accelerated Benefits to you if:

1.    you apply for Accelerated Benefits while the Life Benefits (On
      Account of Dependents) on account of your spouse are in
      effect; and

2.    your Dependent spouse Meets the Requirements while you
      are covered for Life Benefits (On Account of Dependents) on
      account of your spouse; and

3.    you request payment of Accelerated Benefits while Life
      Benefits (On Account of Dependents) on account of your
      spouse are in effect.

Accelerated Benefits are payable only once.

Payment of Accelerated Benefits will reduce the amount of Life
Benefits (On Account of Dependents) on account of your spouse
and the amount available for your Dependent spouse to convert to
a personal policy of life insurance under RIGHT TO OBTAIN A
PERSONAL POLICY OF LIFE INSURANCE ON THE LIFE OF A
DEPENDENT.

32

**C.    Proof**

Accelerated Benefits will be payable when we receive proof that
your Dependent spouse Meets the Requirements.

Proof must be given to us. The proof must be in a form that is
satisfactory to us. We have no duty to ask for any proof. Any delay
in submitting proof will not cause a claim to be denied so long as
the proof is given as soon as reasonably possible.

At the time that such proof is given, we may have your Dependent
spouse examined by Doctors of our choice, at our expense.

**D.    Amount**

The amount of Accelerated Benefits payable is:

1.    up to 50% of your Life Benefits (On Account of Dependents)
      on account of your spouse as shown in the SCHEDULE OF
      BENEFITS

                              REDUCED BY

      a discount for the mortality and interest (*) for the actuarially
      determined life span, and

                                  MINUS

      an administrative charge; and

2.    determined as of the date we accept certification that your
      Dependent spouse Meets the Requirements; and

3.    no more than $250,000.

      (*)    The interest rate used shall be the Moody's Corporate
             Bond Yield Averages - Monthly Average Corporates -
             published by Moody's Investors Service, Inc., or any
             successor thereto for the calendar month ending two
             months before the date you apply for an Accelerated
             Benefit.

33

If the Life Benefits (On Account of your spouse are scheduled to reduce within six months of such certification date, we will, for the purpose of determining the amount of Accelerated Benefits, deem the amount of the Life Benefits (On Account of Dependents) on account of your spouse to have already been reduced on such certification date.

After payment of the Accelerated Benefits, the amount of the Life Benefits (On Account of Dependents) on account of your spouse will be:

1. the amount of Life Benefits (On Account of Dependents) on account of your spouse actually in effect on the certification date; less

2. the amount of Accelerated Benefits requested.

When the scheduled reduction date occurs, the amount of Life Benefits (On Account of Dependents) on account of your spouse will be reduced. The amount of such reduction will be determined by applying the percentage in accordance with the provisions of This Plan to the amount of the Life Benefits (On Account of Dependents) on account of your spouse actually in effect on the certification date.

After such scheduled reduction, the amount of the Life Benefits (On Account of Dependents) on account of your spouse will be the amount of the Life Benefits (On Account of Dependents) on account of your spouse actually in effect on the certification date:

REDUCED BY

the amount of such scheduled reduction; and

MINUS

the amount of Accelerated Benefits requested.

Accelerated Benefits will be payable if you are living when payment is made.

34

## E. Exclusions

Accelerated Benefits will not be payable if:

1. your Dependent spouse Meets the Requirements as a result of:

a. attempted suicide; or

b. injuring oneself on purpose; or

c. alcohol or drug abuse; or

d. a war, or a warlike action in time of peace; or

e. any event occurring while you are in violation of criminal law; or

2. the amount of Life Benefits (On Account of Dependents) on account of your spouse is less than $10,000.

## F. Time Limits on Starting Lawsuits

No lawsuit may be started to obtain benefits until 60 days after proof is given.

## G. Medical Examination

While a claim is pending, we, at our expense, have the right to have you examined by Doctors of our choice when and as often as we reasonably choose.

Form G.23000-36A-2

35

# RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON THE LIFE OF A DEPENDENT

## A. Application

We will issue a personal policy of life insurance without disability or accidental death benefits to a Dependent if that Dependent applies for it in writing during the Application Period. The Application Period is the 31 day period after the date the Life Benefits on that Dependent end because:

1. your employment ends or you are no longer in a class which remains eligible for Dependent Life Benefits; or

2. This Plan ends, but only if the Life Benefits on that Dependent had been in effect under This Plan for at least 5 years; or

3. This Plan is changed to end the Dependent Life Benefits for your class, but only if the Life Benefits on that Dependent had been in effect under This Plan for at least 5 years; or

4. you die; or

5. the Dependent no longer qualifies as a Dependent as defined in DEFINITIONS OF CERTAIN TERMS USED HEREIN.

Proof that the Dependent is insurable is not required by us.

## B. Conditions

The personal policy will be issued to the Dependent subject to these conditions:

1. it will be on one of the forms then usually issued by us, except term insurance; and

36

2. it will not take effect until after the Application Period ends; and

3. the premium for the policy will be based on:

   a. the class of risk to which the Dependent belongs; and

   b. the Dependent's age on the effective date of the policy; and

   c. the form and the amount of the policy; and

4. if item A(2) or A(3) applies to the Dependent, the amount of the policy will not be more than the lesser of:

   a. the amount of Life Benefits on that Dependent on the date the Life Benefits end, less any amount of life insurance on the life of that Dependent for which you or the Dependent may be eligible under any group policy which takes effect within 31 days after the Life Benefits on that Dependent end; and

   b. $2,000; and

5. if an item in paragraph A, other than item A(2) or A(3), applies to the Dependent, the amount of the policy will not be more than the amount of Life Benefits on that Dependent on the date the Life Benefits end.

37

Form G.23000-7A

## ACCIDENTAL DEATH OR DISMEMBERMENT BENEFITS

### A. Coverage

We will pay Accidental Death or Dismemberment Benefits for a Covered Loss shown in Section C if you are injured in an accident which occurs while you are covered for Accidental Death or Dismemberment Benefits; and if:

1. that accident is the sole cause of the injury; and

2. that injury is the sole cause of that Covered Loss; and

3. that Covered Loss occurs not more than one year after the date of that accident.

In addition, we will pay an amount equal to 10% of the Full Amount shown in section B for the loss of your life that results from injuries sustained while driving or riding in a private Passenger Car if your Seat Belt was properly fastened; but the amount payable will not (a) exceed $25,000, nor (b) be less than $1,000.

---

C. **If the Dependent Dies During the Application Period**

If the Dependent dies during the Application Period, we will pay a death benefit. The payment of the death benefit will be in the same manner as if the Life Benefits on that Dependent had been in effect on the date of that Dependent's death. The amount of the death benefit will be the highest amount of life insurance, pursuant to item B(4) or B(5) for which a personal policy could have been issued. This death benefit will be paid even if the Dependent did not apply for a personal policy.

---

"Passenger Car" means any validly registered four-wheel private Passenger Car. It does not include:

1. any commercially licensed car, or

2. a private Passenger Car which is being used for commercial purposes.

"Seat Belt" means:

a. any child restraint device which meets the definition of the state law, or

b. any other restraint device which:

   i. meets published federal safety standards;

   ii. has been installed by the car manufacturer; and

   iii. has not been altered after such installation.

The correct position of the Seat Belt must be certified by the investigating officer. A copy of the police report must be submitted with the claim.

We will not pay this benefit if you were driving while under the influence of alcohol or drugs.

### B. Maximum Benefit for All Covered Losses in Each Accident

For all Covered Losses caused by all injuries which you sustain in one accident not more than the Full Amount will be paid.

Full Amount means the amount of Accidental Death or Dismemberment Benefits for which you are covered on the date of your accident.

C. Table of Covered Losses and Benefit Amounts

| Covered Losses (Subject to Exclusions) | Benefit Amounts |
|---|---|
| Life | Full Amount |
| A hand | One-half of the Full Amount |
| A foot | One-half of the Full Amount |
| Sight of an eye | One-half of the Full Amount |
| Any combination of a hand, a foot or sight of an eye | Full Amount |
| Thumb and index finger of same hand | One-quarter of the Full Amount |
| Speech and hearing | Full Amount |
| Speech or hearing in both ears | One-half of the Full Amount |
| Quadriplegia | Full Amount |
| Paraplegia | One-half of the Full Amount |
| Hemiplegia | One-half of the Full Amount |

Loss of sight of an eye means that the eye is entirely blind and that no sight can be restored in that eye.

Loss of a hand means that all of the hand is cut off at or above the wrist.

Loss of a foot means that all of the foot is cut off at or above the ankle.

Loss of thumb and index finger means actual severance through or above the third joint from the tip of the index finger and the second joint from the tip of the thumb.

Loss of speech and hearing means the entire and irrecoverable loss which has lasted continuously for 12 consecutive months following the injury.

Quadriplegia means total paralysis of both upper and lower limbs.

Paraplegia means total paralysis of both lower limbs.

Hemiplegia means total paralysis of upper and lower limbs on one side of the body.

Paralysis means loss of use, without severance, of a limb. Paralysis must be determined by competent medical authority to be permanent, complete and irreversible.

D. Exclusions

We will not pay for any Covered Loss shown in Section C if it in any way results from, or is caused or contributed to by:

1. physical or mental illness, diagnosis of or treatment for the illness; or

2. an infection, unless it is caused by an external wound that can be seen and which was sustained in an accident or

3. suicide or attempted suicide; or

4. injuring oneself on purpose; or

5. the use of any drug or medicine; or

6. a war, or a warlike action in time of peace, including terrorist acts; or

7. committing or trying to commit a felony or other serious crime or an assault or

8. any poison or gas, voluntarily taken, administered or absorbed; or

9. service in the armed forces of any country or international authority, except the United States National Guard; or

10. operating, learning to operate, or serving as a member of a crew of an aircraft; or while in any aircraft operated by or under any military authority (other than the Military Airlift Command); or while in any aircraft being used for a test or experimental purposes; or while in any aircraft used or designed for use beyond the Earth's atmosphere; or while in

any aircraft for the purpose of descent from such aircraft while in flight (except for self preservation); or

11.  driving a vehicle while intoxicated as defined by the laws of the jurisdiction in which the vehicle was being operated.

## E.  Payment of Benefits

The Accidental Death or Dismemberment Benefits for a Covered Loss will be paid when we receive notice and satisfactory proof of that loss.

Accidental Death or Dismemberment Benefits will be paid:

1.  to your Beneficiary for the loss of your life; and

2.  to you for any other Covered Loss sustained by you.

## F.  Optional Types of Payment

Payment of any amount of Accidental Death or Dismemberment Benefits for loss of life may be made in installments. Details on the payment options may be obtained from the Employer.

Form G.23000-4L

## BENEFICIARY

## A.  Your Beneficiary

The "Beneficiary" is the person or persons you choose to receive any benefit payable because of your death.

You make your choice in writing on a form approved by us. This form must be filed with the records for This Plan.

You may change the Beneficiary at any time by filing a new form with the Employer. You do not need the consent of the Beneficiary

42

---

to make a change. When the Employer receives a form changing the Beneficiary, the change will take effect as of the date you signed it. The change of Beneficiary will take effect even if you are not alive when it is received.

A change of Beneficiary will not apply to any payment made by us prior to the date the form was received by the Employer.

Your choice of a Beneficiary for a personal policy issued under RIGHT TO OBTAIN A PERSONAL POLICY OF LIFE INSURANCE ON YOUR OWN LIFE will be effective for This Plan.

## B.  More Than One Beneficiary

If, when you die, more than one person is your Beneficiary, they will share in the benefits equally, unless you have chosen otherwise.

## C.  Death of a Beneficiary

A person's rights as a Beneficiary end if:

1.  that person dies before your death occurs; or

2.  that person dies at the same time your death occurs; or

3.  that person dies within 24 hours of your death.

The share for that person will be divided among the surviving persons you have named as Beneficiary, unless you have chosen otherwise.

## D.  No Beneficiary at Your Death

If there is no Beneficiary at your death for any amount of benefits payable because of your death, that amount will be paid to one or more of the following persons who are related to you and who survive you:

43

Form G.23000-G

## CLAIM PROCEDURE FOR ACCIDENTAL DEATH OR DISMEMBERMENT BENEFITS

**A.   When Notice of Claim Must be Given**

Written notice of a claim must be given to us for Accidental Death or Dismemberment Benefits within 20 days after the date of the accident which caused the loss.

**B.   Claim Forms**

When we receive written notice of a claim, we may furnish printed forms for filing proof of the claim. If we do not furnish printed forms within 15 days after you give us notice, you must furnish your own form of proof in writing.

Proof must describe the event, the nature and the extent of the cause for which a claim is made; it must be satisfactory to us.

**C.   When Proof of Claim Must Be Given**

Written proof of a claim must be given to us not later than 90 days after the date of the loss, in the case of Accidental Death or Dismemberment Benefits.

1. spouse;     3. parent;

2. child;       4. brother and sister,

However, we may instead pay all or part of that amount to your estate.

Any payment will discharge our liability for the amount so paid.

44

---

**D.   Late Notice or Proof**

If notice or proof is not given on time, the delay will not cause a claim to be denied or reduced as long as the notice or proof is given as soon as possible.

**E.   Time Limits on Starting Lawsuits**

No lawsuit may be started to obtain benefits until 60 days after proof is given.

No lawsuit may be started more than 3 years after the time proof must be given.

**F.   Medical Examinations**

While a claim is pending, we, at our expense, have the right to have you examined by Doctors of our choice when and as often as we reasonably choose.

**G.   Autopsy**

If Accidental Death or Dismemberment Benefits are claimed, we, at our expense, have, in the case of death, the right to have an autopsy made where it is not against the law.

Form G.23000-H3

45

## WHEN BENEFITS END

A. All of your benefits will end on the date your employment ends. Your employment ends when you cease Active Work as an Employee. However, for the purpose of benefits, the Employer may deem your employment to continue for certain absences. See CONDITIONS UNDER WHICH YOUR ACTIVE WORK IS DEEMED TO CONTINUE.

B. If This Plan ends in whole or in part, your benefits which are affected will end.

C. Your Dependent Life Benefits will end on the earliest of:

1. with respect to your Dependent spouse, the date such Dependent spouse attains age 70; or

2. the date that the Dependent ceases to be your Dependent or

3. the date you retire, as determined by the Employer; or

4. the date of your death.

D. If a Covered Person does not make a payment which is required by the Employer to the cost of any benefits, those benefits will end; they will end on the last day of the period for which a payment required by the Employer was made.

The end of any type of benefits on account of a Covered Person will not affect a claim which is incurred before those benefits ended.

Form G.23000-F

46

## CONDITIONS UNDER WHICH YOUR ACTIVE WORK IS DEEMED TO CONTINUE

If you are not Actively at Work as an Employee because of a situation set forth below, the Employer may deem you to be in Active Work as an Employee only for the purpose of continuing your employment and only for the periods specified below in order that certain of your benefits under This Plan may be continued.

All such benefits will be subject to prior cessation as set forth in WHEN BENEFITS END.

In any case, the benefits will end on:

1. the date the Employer notifies us that your benefits are not to be continued; or

2. the end of the last period for which the Employer has paid premiums to us for your benefits.

**Your Sickness or Injury, Your Leave of Absence, Your Lay Off**

With respect to all Personal Benefits and all Dependent Benefits, the period determined in accordance with the Employer's general practice for an Employee in your job class. However, the period will not be longer than twelve months following the date the leave of absence or layoff begins.

However, in the event the leave qualifies under the Family and Medical Leave Act of 1993 (FMLA), the period cannot be longer than 12 weeks in any 12 month period following the date the leave of absence begins.

Form G.23000-L

47

## NOTICES

This certificate is of value to you. It should be kept in a safe place. Your Beneficiary should know where the certificate is kept.

As soon as your benefits end, you should consult your Employer to find out what rights, if any, you may have to continue your protection.

The insurance evidenced by this certificate is not in lieu of and does not affect any requirement for coverage by workers' compensation insurance.

If you or your Dependents had coverage under a prior plan of benefits, please consult your Employer to determine if there are any additional provisions which affect your benefits under This Plan.

If you cease to be actively at work as an Employee as a result of a labor dispute, arrangements may be made by your Employer to continue your Personal Benefits and your Dependent Benefits. You may continue these benefits:

1.  for a period of not longer than 6 months; and

2.  only if certain conditions of This Plan are met.

One of these conditions is that at least 75% of the Employees make the required payments to the cost of any benefits. Your benefits will end unless the arrangements are made within the time allowed. Ask your Employer for the details on these arrangements.

**Our Home Office is located at One Madison Avenue, New York, New York 10010.**

Form G.23000-E

48

THIS PAGE IS INTENTIONALLY BLANK

08-24-2004

## ERISA INFORMATION

### NAME OF THE PLAN

Macromedia Employee Benefit Plan

### NAME AND ADDRESS OF EMPLOYER AND PLAN ADMINISTRATOR

Macromedia, Inc.
600 Townsend
San Francisco, California 94103
415-252-2386

### EMPLOYER IDENTIFICATION NUMBER AND PLAN NUMBER

94-3156026                                        501

### TYPE OF ADMINISTRATION

The Plan is insured by Metropolitan Life Insurance Company.

### AGENT FOR SERVICE OF LEGAL PROCESS

For disputes arising under the Plan, service of legal process may be made upon the Plan administrator at the above address. For disputes arising under those portions of the Plan insured by Metropolitan Life Insurance Company, service of legal process may be made upon Metropolitan Life Insurance Company at one of its local offices, or upon the supervisory official of the Insurance Department in the state in which you reside.

### CONTRIBUTIONS

No contribution is required for Life and Accidental Death or Dismemberment Benefits.

You must make a contribution to the cost of Optional Life and Dependent Life Benefits.

### PLAN YEAR

The Plan's fiscal records are kept on a plan year basis beginning each January First and ending on the following December Thirty First.

## CLAIMS INFORMATION

### Procedures for Presenting Claims for Benefits

All claim forms needed to file for benefits under the group insurance program can be obtained from your employer who will also be ready to answer questions about the insurance benefits and to assist you or, if applicable, your beneficiary in filing claims. The instructions on the claim form should be followed carefully. This will expedite the processing of the claim. Be sure all questions are answered fully.

The completed claim form should be returned to your Employer who will certify that you are insured under the Plan and will then forward the claim form to Metropolitan.

When the claim has been processed, you or, if applicable, your beneficiary will be notified of the benefits paid. If any benefits have been denied, you or, if applicable, your beneficiary will receive a written explanation.

### Routine Questions

If there is any question about a claim payment, an explanation may be requested from your Employer who is usually able to provide the necessary information.

## Requesting a Review of Claims Denied in Whole or in Part

In the event a claim has been denied in whole or in part, you or, if applicable, your beneficiary can request a review of your claim by Metropolitan. This request for review should be sent to Group Insurance Claims Review at the address of Metropolitan's office which processed the claim within 60 days after you or, if applicable, your beneficiary received notice of denial of the claim. When requesting a review, please state the reason you or, if applicable, your beneficiary believe the claim was improperly denied and submit any data, questions or comments you or, if applicable, your beneficiary deems appropriate.

Metropolitan will re-evaluate all the information and you or, if applicable, your beneficiary will be informed of the decision in a timely manner.

## Discretionary Authority of Plan Administrator and Other Plan Fiduciaries

In carrying out their respective responsibilities under the Plan, the Plan administrator and other Plan fiduciaries shall have discretionary authority to interpret the terms of the Plan and to determine eligibility for and entitlement to Plan benefits in accordance with the terms of the Plan. Any interpretation or determination made pursuant to such discretionary authority shall be given full force and effect, unless it can be shown that the interpretation or determination was arbitrary and capricious.

## STATEMENT OF ERISA RIGHTS

The following statement is required by federal law and regulation.

As a participant in This Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all participants shall be entitled to:

Examine, without charge, at the Plan administrator's office and at other specified locations, all Plan documents, including insurance contracts and copies of all documents filed by the Plan with the U.S. Department of Labor, such as detailed annual reports and Plan descriptions.

Obtain copies of all Plan documents and other Plan information upon written request to the Plan administrator. The administrator may make a reasonable charge for the copies.

In addition, ERISA provides that if there are 100 or more participants in the Plan, all such participants shall be entitled to receive a summary of the Plan's financial report. In such event, the Plan administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries.

No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA. If your claim for a welfare benefit is denied in whole or in part, you must receive a written explanation of the reason for denial. You have the right to have the Plan review and reconsider your claim.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court.

If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court.

The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees.

If you lose, the court may order you to pay these costs and fees; for example, if it finds your claim is frivolous. If you have any questions about your Plan, you should contact the Plan administrator. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest Area Office of the U.S. Labor-Management Services Administration, Department of Labor.

\* \* \* \*

## FUTURE OF THE PLAN

It is hoped that This Plan will be continued indefinitely, but Macromedia, Inc. reserves the right to change or terminate This Plan in the future. Any such action would be taken only after careful consideration.

The Compensation Committee of the Board of Directors of Macromedia, Inc. shall be empowered to amend or terminate This Plan or any benefit under This Plan at any time.

## NOTES

NOTES