UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-CV-40158-FDS

| | |
|---|---|
| LORRAINE FORCIER, ADMINISTRATRIX OF THE ESTATE OF DARREN FORCIER, | ) ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| METROPOLITAN LIFE INSURANCE CO. AND DORIS FORCIER, | ) ) ) |
| Defendants | ) ) ) |

## PLAINTIFF'S AMENDED OPPOSITION TO DEFENDANT, DORIS FORCIER'S MOTION TO DISMISS

The plaintiff, Lorraine Forcier, Administratrix of the Estate of Darren Forcier, opposes defendant, Doris Forcier's Motion to Dimiss as plaintiff has requested leave to amend her complaint to a Complaint in Equity for Declaratory Judgment.

Additionally, plaintiff states that the dispute arises from uncertainty of entitlement to benefits due the decedent under the MacroMedia Employee Benefit Plan, Life Benefits provided by Metropolitan Life Insurance Company (hereinafter "MetLife") attached hereto as Exhibit A. Since the plan provisions and an executed separation agreement between the decedent, Darren Forcier and defendant, Doris Forcier, wherein Doris Forcier waived all of her rights and interests arising from her marital relationship to Darren Forcier cause a true controversy regarding the beneficiary of the plan, the Court should provide the parties a declaratory judgment as to entitlement.

NEIL S. DAVIS
ATTORNEY AT LAW
390 MAIN STREET
WORCESTER, MA 01608
(508) 793-0939

                         LORRAINE FORCIER, Plaintiff
                         By Her Attorney,

                         */s/ Janet Fennell*
                         Janet Fennell BBO #561288
                         Law Office of Neil S. Davis
                         390 Main Street, Suite 720
                         Worcester, MA  01608-1601
                         (508) 793-0939
                         Dated:  September 3, 2004

## CERTIFICATE OF SERVICE

I, Janet Fennell, attorney for plaintiff, hereby certify that I have served a copy of Plaintiff's Amended Opposition to Defendant's Motion to Dismiss on counsel for defendant, Metropolitan Life Insurance Company, James F. Kavanaugh, Jr. at Conn, Kavanaugh, Rosenthal, Peisch & Ford, Ten Post Office Square, Boston, MA 02109 and to counsel for defendant, Doris Forcier, Barbara S. Liftman, at Weinstein & Weinstein, 10 Mechanic Street, Suite 300, Worcester, MA 01608 by mailing same first class mail, postage prepaid on September 3, 2004.

                         */s/ Janet Fennell*
                         Janet Fennell BBO #561288

NEIL S. DAVIS
ATTORNEY AT LAW
390 MAIN STREET
WORCESTER, MA 01608
(508) 793-0939