UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No: 04-CV-40158-FDS

LORRAINE FORCIER,
Administratrix of the Estate of
Darren Forcier,
    Plaintiff/Defendant-in-Counterclaim/
    Defendant-in-Crossclaim,

vs.

METROPOLITAN LIFE INSURANCE
COMPANY and DORIS FORCIER,
    Defendant/Plaintiff-in-Counterclaim/
    Plaintiff-in-Crossclaim.

ANSWER OF PLAINTIFF/DEFENDANT-IN-COUNTERCLAIM/DEFENDANT-IN-CROSSCLAIM, LORRAINE FORCIER, ADMINISTRATRIX OF THE ESTATE OF DARREN FORCIER TO THE DEFENDANT/PLAINTIFF-IN-COUNTERCLAIM/PLAINTIFF-IN-CROSSCLAIM, METROPOLITAN LIFE INSURANCE COMPANY'S COUNTERCLAIM AND CROSSCLAIM FOR INTERPLEADER

Plaintiff/Defendant-in-Counterclaim/Defendant-in-Crossclaim, Lorraine Forcier, Administratrix of the Estate of Darren Forcier ("Administratrix") hereby answers the numbered paragraphs of the Counterclaim and Crossclaim for Interpleader as follows:

1. The Plaintiff/Defendant Administratrix is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 1 of the Counterclaim and Crossclaim for Interpleader.

2. The Plaintiff/Defendant Administratrix admits the averments contained in paragraph 2 of the Counterclaim and Crossclaim for Interpleader.

3. The Plaintiff/Defendant Administratrix admits the averments contained in paragraph 3 of plaintiff's Counterclaim and Crossclaim for Interpleader.

4. The Plaintiff/Defendant Administratrix admits the averments contained in paragraph 4 of plaintiff's Counterclaim and Crossclaim for Interpleader.

5. The Plaintiff/Defendant Administratrix is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 5 of the Counterclaim and Crossclaim for Interpleader.

NEIL S. DAVIS
ATTORNEY AT LAW
390 MAIN STREET
WORCESTER, MA 01608
(508) 793-0939

6. The Plaintiff/Defendant Administratrix admits that Darren Forcier died on October 21, 2003 but is without sufficient knowledge or information sufficient to form a belief as to the truth of the remainder of the averments contained in paragraph 6 of plaintiff's Counterclaim and Crossclaim for Interpleader.

7. The Plaintiff/Defendant Administratrix is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 7 of the Counterclaim and Crossclaim for Interpleader.

8. The Plaintiff/Defendant Administratrix is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 8 of the Counterclaim and Crossclaim for Interpleader.

9. The Plaintiff/Defendant Administratrix admits the averments contained in paragraph 9 of plaintiff's Counterclaim and Crossclaim for Interpleader.

10. The Plaintiff/Defendant Administratrix is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 10 of the Counterclaim and Crossclaim for Interpleader.

11. The Plaintiff/Defendant Administratrix is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 11 of the Counterclaim and Crossclaim for Interpleader.

12. The Plaintiff/Defendant Administratrix is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 12 of the Counterclaim and Crossclaim for Interpleader.

13. The Plaintiff/Defendant Administratrix admits that Metropolitan Life Insurance Company should be permitted to deposit the benefits into Court and be discharged from this action but denies that Metropolitan Life Insurance Company should recover its attorney's fees and costs from the benefits deposited with the Court.

LORRAINE FORCIER, Plaintiff/
Defendant-in-Counterclaim/
Defendant-in-Crossclaim
By Her Attorney,

*/s/ Janet Fennell*
Janet Fennell, BBO # 561288
390 Main Street, Suite 720
Worcester, Massachusetts 01608-1601
(508) 793-0939
Dated: September 14, 2004

NEIL S. DAVIS
ATTORNEY AT LAW
390 MAIN STREET
WORCESTER, MA 01608
(508) 793-0939

## CERTIFICATE OF SERVICE

    I, Janet Fennell, attorney for plaintiff, hereby certify that I have served a copy of the Answer of Plaintiff/Defendant-in-Counterclaim/Defendant-in-Crossclaim, Lorraine Forcier, Administratrix of the Estate of Darren Forcier to the Defendant/Plaintiff-in-Counterclaim/Plaintiff-in-Crossclaim, Metropolitan Life Insurance Company's Counterclaim and Crossclaim upon counsel for Defendant/Plaintiff-in-Counterclaim/Plaintiff-in-Crossclaim, Metropolitan Life Insurance Company, James F. Kavanaugh, Jr. at Conn, Kavanaugh, Rosenthal, Peisch & Ford, Ten Post Office Square, Boston, MA 02109 and to counsel for defendant, Doris Forcier, Barbara S. Liftman, at Weinstein & Weinstein, 10 Mechanic Street, Suite 300, Worcester, MA 01608 by mailing same first class mail, postage prepaid on September 14, 2004.

*/s/ Janet Fennell*
Janet Fennell

NEIL S. DAVIS
ATTORNEY AT LAW
390 MAIN STREET
WORCESTER, MA 01608
(508) 793-0939