UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-40158-FDS

_____
                                    )
LORRAINE FORCIER,                   )
Administratrix of the Estate        )
of Darren Forcier,                  )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
METROPOLITAN LIFE INSURANCE         )
COMPANY and DORIS FORCIER,          )
                                    )
        Defendants.                 )
_____)

## ASSENTED TO MOTION TO RECOVER ATTORNEYS' FEES AND COSTS

Pursuant to Fed. R. Civ. P. 67 and Local Rule 67.2, and this Court's Order of March 16, 2005, defendant Metropolitan Life Insurance Company ("MetLife"), with the assent of plaintiff Lorraine Forcier and defendant Doris Forcier, hereby requests that this Court award its attorneys' fees and costs in connection with its role as a disinterested party to this dispute. A proposed Order is attached hereto at Exhibit A. As grounds for this motion, MetLife states as follows.

1.  This action, to the extent that it involves MetLife, arises from a dispute as to the proper beneficiaries under a life insurance policy issued by MetLife.

2.  MetLife issued a group policy ("MetLife Policy") to Macromedia, Inc., Darren Forcier's employer, which funds the life insurance benefits under the Plan. The Macromedia Employee Benefit Plan ("the Plan") is an Employee Welfare Plan that is regulated by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001-1461.

3. On March 16, 2005, this Court issued a Memorandum and Order allowing MetLife's Motion For Leave to Deposit Money Into Court, To Dismiss, and To Recover Attorneys' Fees and Costs, and discharging MetLife as a party to the case upon payment of the Policy proceeds into the Court (Saylor, J.).

4. In the March 16, 2005 Order, the Court recognized that "MetLife qualifies under general principles for an award of costs and attorneys' fees," and requested that MetLife file an appropriate motion requesting attorneys' fees and costs. Citing Foxborough Sav. Bank v. Petrosian, 84 F. Supp. 2d 172, 174 (D. Mass. 1999); Smith Barney v. Connolly, 887 F. Supp. 337, 346 (D. Mass. 1994).

5. MetLife is totally disinterested, admits liability, will deposit funds into the Court, and has asked to be relieved of any further liability. Accordingly, it qualifies for an award of attorneys' fees and costs.

6. In litigating this matter, MetLife has incurred legal fees and costs of approximately $5,070.33.

7. Attached at Exhibit B is the Affidavit of Sarah E. Weber, which provides support for the attorneys' fees and costs incurred by MetLife with respect to this action.

WHEREFORE, MetLife respectfully requests that this Court award MetLife its attorneys' fees and costs, to be paid from the Proceeds deposited with the Clerk.

        METROPOLITAN LIFE INSURANCE
        COMPANY
        By its attorneys,

        _/s/_ James F. Kavanaugh, Jr._____
        James F. Kavanaugh, Jr. (BBO#262360)
        Sarah E. Weber (BBO# 660615)
        CONN KAVANAUGH ROSENTHAL PEISCH
         & FORD, LLP
        Ten Post Office Square
        Boston, MA 02109
        617-482-8200

        Dated: April 13, 2005

| Assented to: | Assented to: |
|---|---|
| LORRAINE FORCIER, | DORIS FORCIER, |
| By her attorney, | By her attorney, |
| _/s/_ Janet Fennell_____ | __/s/_ Barbara S. Liftman_____ |
| Janet Fennell (BBO# 561288) | Barbara S. Liftman (BBO# 559448) |
| Law Offices of Neil S. Davis | Weinstein & Weinstein, P.C. |
| 390 Main Street, Suite 720 | 10 Mechanics Street, Suite 300 |
| Worcester, MA 01608 | Worcester, MA 01608 |
| Dated: April 13, 2005 | Dated: April 13, 2005 |

3

CERTIFICATE OF SERVICE

I, James F. Kavanaugh, Jr., hereby certify that on day I served a copy of the foregoing document on all parties by mailing a copy thereof, postage prepaid, to:

Janet Fennell, Esq.
Law Offices of Neil S. Davis
390 Main Street, Suite 720
Worcester, MA 01608

Barbara S. Liftman, Esq.
Weinstein & Weinstein, P.C.
10 Mechanics Street, Suite 300
Worcester, MA 01608


_/s/_____
James F. Kavanaugh, Jr.


Dated: April 13, 2005



224447.1