UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-40158-FDS

| | |
|---|---|
| LORRAINE FORCIER, Administratrix of the Estate of Darren Forcier, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| METROPOLITAN LIFE INSURANCE COMPANY and DORIS FORCIER, | ) ) ) |
| Defendants. | ) ) |

## ORDER

1. Pursuant to Fed. R. Civ. P. 67 and Local Rule 67.2, Metropolitan Life Insurance Company ("MetLife") may deposit the life insurance proceeds at issue in this case ("Proceeds") with the Registry of the Court into an interest bearing account. The Proceeds shall be made payable to "Clerk, United States District Court," shall be placed in the Court's account, and shall be distributed only as further ordered by this Court.

2. Upon MetLife's deposit of the Proceeds with the Court, MetLife shall be discharged from any liability in, and shall be dismissed with prejudice from, this action.

3. Pursuant to 29 U.S.C. §2361, the plaintiff Lorraine Forcier, as Administratrix of the estate of Darren Forcier, and defendant Doris Forcier are restrained from instituting or prosecuting, in any other state or federal court, any proceeding against MetLife, Macromedia, Inc., or the Plan with respect to the Proceeds.

2

4. Upon MetLife's deposit of the Proceeds with the Court, MetLife, Macromedia, Inc. and their related companies and the Plan are discharged from any liability relating to the Proceeds including, without limitation, the counterclaim brought by Doris Forcier, and shall be dismissed with prejudice from this action; and

5. MetLife is awarded its attorneys' fees and costs in the amount of _____, to be paid from the Proceeds deposited with the Registry of the Court.

_____

Judge F. Dennis Saylor IV

Dated: _____

224442.1