UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-40158-FDS

| | |
|---|---|
| LORRAINE FORCIER, Administratrix of the Estate of Darren Forcier, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY and DORIS FORCIER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### AFFIDAVIT OF SARAH E. WEBER

I, Sarah E. Weber, do depose and state as follows:

1. I represent Metropolitan Life Insurance Company ("MetLife") in the above-referenced action.

2. I am an associate at Conn Kavanaugh Rosenthal Peisch & Ford, LLP ("Conn Kavanaugh"). I was admitted to the Massachusetts bar in 2004.

3. I have billed MetLife at an hourly rate of $150 in this matter, which represents my regular hourly rate.

4. Attached hereto at Tab A are true and accurate copies of invoices reflecting time and expenses that Conn Kavanaugh has spent on this matter through November 30, 2004, totaling $3,828.37. Within these records, SEW refers to me, JFK refers to partner James F. Kavanaugh, Jr. and LMT refers to paralegal Linda M. Thomas. These invoices also reflect costs incurred by MetLife associated with

1

this action. There are additional fees not yet billed for work completed in this case through March 31, 2005, totaling $303.96. In addition, as yet unbilled work performed on April 6, April 8, and April 11 totals $638.00. These records and additional fees reflect total fees and costs of $4770.33.

5. In addition, I expect that preparation of the Motion for Attorneys' Fees and Costs, and the deposit of Proceeds with the Court, will require approximately 2 hours of my time, including communications with MetLife for a total of $300.00.

6. Accordingly, per the above figures, the fees and costs to MetLife relating to the above action and our representation will be approximately $5,070.33.

Signed under the penalties of perjury this 13th day of April, 2005.

_____
Sarah E. Weber

224431.1

**Tab A**

to

Affidavit of Sarah E. Weber

**Conn Kavanaugh Rosenthal Peisch & Ford, LLP**
Ten Post Office Square
Boston, MA 02109
Fed. I.D. No. 04-3017999

September 30, 2004

Invoice#   24082   JFK

Mr. Charles Kaczorowski
Assistant Vice President
Metropolitan Life Insurance Company
27-01 Queens Plaza North
Long Island City, NY 11101

In reference to:
Lorraine Forcier, as she is administratrix of the estate of Darren Forcier v.
MetLife and Doris Forcier; Your Claim No. 228820; CKRPF #5182-028

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/11/2004 | JFK | Review papers from Attorney Wiland in new case; telephone call to Attorney Wiland; conference in office with L.M.Thomas regarding obtaining papers from Probate Court; prepare case plan. | 0.70 hrs.@ | 235.00 | $164.50 |
| 08/12/2004 | JFK | Review memorandum from L.M.Thomas and S.E. Gurdin regarding Probate Court case. | 0.10 hrs.@ | 235.00 | $23.50 |
| 08/13/2004 | JFK | Review case schedule. | 0.10 hrs.@ | 235.00 | $23.50 |
| 08/16/2004 | JFK | Review letter from Attorney Wiland; telephone calls to Attorney Fennell; prepare appearance and motion; prepare draft motion to pay proceeds into Court and proposed order; prepare letter to Attorney Wiland; finalize and file motion with Court. | 3.40 hrs.@ | 235.00 | $799.00 |
| 08/17/2004 | JFK | Telephone call from Attorney Fennell; review motion from Doris's counsel; telephone call to Doris's counsel; telephone call to Attorney | 1.50 hrs.@ | 235.00 | $352.50 |

05182        Metropolitan Life Insurance Co            Invoice#   24082       Page   2

|            |     |                                                                                                                                                                                                              |      |        |        |         |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|--------|---------|
|            |     | Wiland; prepare notice of removal.                                                                                                                                                                                           |      |        |        |         |
| 08/18/2004 | JFK | Prepare notice of removal, civil action cover sheet, and related papers to effect removal of case to US District Court.                                                                                                      | 2.20 | hrs.@  | 235.00 | $517.00 |
| 08/23/2004 | JFK | Telephone call from opposing counsel; prepare answer, counterclaim and cross-claim; prepare case plan; review notices from US District Court; prepare correspondence to Attorney Wiland; review correspondence from Attorney Wiland. | 1.90 | hrs.@  | 235.00 | $446.50 |

$2,326.50

EXPENSES

| 08/18/2004 | Filing Fee              | 150.00 |
|------------|-------------------------|--------|
| 08/23/2004 | Overnight Deliveries    | 42.84  |
| 08/30/2004 | Certified Copies        | 60.00  |
| 08/31/2004 | Photocopies - 287 @ .10 | 28.70  |
| 08/31/2004 | Postage                 | 14.11  |

$295.65

Billing Summary
Total professional services        $2,326.50
Total expenses incurred              $295.65

Total of new charges for this invoice      $2,622.15

**Total balance now due**                  **$2,622.15**

## Conn Kavanaugh Rosenthal Peisch & Ford, LLP

Ten Post Office Square
Boston, MA 02109
Fed. I.D. No. 04-3017999

October 29, 2004

Invoice#   24410   JFK

Mr. Charles Kaczorowski
Assistant Vice President
Metropolitan Life Insurance Company
27-01 Queens Plaza North
Long Island City, NY 11101

In reference to:
Lorraine Forcier, as she is administratrix of the estate of Darren Forcier v.
MetLife and Doris Forcier; Your Claim No. 228820; CKRPF #5182-028

| | |
|---|---:|
| Balance forward as of last invoice | $2,622.15 |
| Payments received since last invoice | 0.00 |
| Accounts receivable balance carried forward | $2,622.15 |

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/01/2004 | JFK | Telephone call from opposing counsel. | 0.10 | hrs.@ | 235.00 | $23.50 |
| 09/02/2004 | JFK | Prepare opposition to motion to dismiss; correspondence with Attorney Wiland. | 0.90 | hrs.@ | 235.00 | $211.50 |
| 09/07/2004 | JFK | Prepare answer, counterclaim, and cross-claim; forward to Attorney Wiland; file and serve pleading. | 1.10 | hrs.@ | 235.00 | $258.50 |
| 09/08/2004 | JFK | Telephone call from opposing counsel. | 0.10 | hrs.@ | 235.00 | $23.50 |
| 09/10/2004 | JFK | Conference in office with L.M. Thomas regarding forwarding of papers to US District Court. | 0.10 | hrs.@ | 235.00 | $23.50 |
| 09/14/2004 | LMT | Obtain certified copies of docket and court papers for U.S.D.C. | 0.50 | hrs.@ | 120.00 | $60.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | matter. | | | |
| 09/15/2004 | LMT | Telephone discussions with Worcester County Probate and Family Court regarding certified copies of docket sheet and court papers. | 0.40 hrs.@ | 120.00 | $48.00 |
| 09/15/2004 | JFK | Prepare further filing regarding removal; review answer to counterclaim from plaintiff. | 0.40 hrs.@ | 235.00 | $94.00 |
| 09/16/2004 | JFK | Review and file attested copies of state court papers. | 0.30 hrs.@ | 235.00 | $70.50 |

$813.00

EXPENSES
| | | |
|---|---|---|
| 09/02/2004 | Overnight Delivery | 14.23 |
| 09/30/2004 | Postage | 4.99 |
| | | $19.22 |

Billing Summary
Total professional services           $813.00
Total expenses incurred               $19.22

Total of new charges for this invoice    $832.22
Plus net balance forward                 $2,622.15

**Total balance now due**                **$3,454.37**

**Conn Kavanaugh Rosenthal Peisch & Ford, LLP**

Ten Post Office Square
Boston, MA 02109
Fed. I.D. No. 04-3017999

December 29, 2004

Invoice#   25030   JFK

Mr. Charles Kaczorowski
Assistant Vice President
Metropolitan Life Insurance Company
27-01 Queens Plaza North
Long Island City, NY 11101

In reference to:
Lorraine Forcier, as she is administratrix of the estate of Darren Forcier v.
MetLife and Doris Forcier; Your Claim No. 228820; CKRPF #5182-028

| | |
|---|---:|
| Balance forward as of last invoice | $3,454.37 |
| Payments received since last invoice | 0.00 |
| Accounts receivable balance carried forward | $3,454.37 |

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/05/2004 | LMT | Obtain information on related case in Worcester Probate & Family Court. | 0.70 | hrs.@ | 130.00 | $91.00 |
| 11/05/2004 | JFK | Review pleadings from opposing counsel; conference in office with S.E. Polisner regarding new case in Worcester Probate Court; telephone call from Macromedia's counsel regarding new case. | 0.60 | hrs.@ | 235.00 | $141.00 |
| 11/05/2004 | SEW | Look into recent filing in Worcester Probate and Family Court pertaining to a claim brought against Macromedia, Inc; draft memo to file regarding findings. | 0.90 | hrs.@ | 150.00 | $135.00 |

$367.00

05182     Metropolitan Life Insurance Co          Invoice#   25030     Page   2

EXPENSES

| | | |
|---|---|---|
| 10/01/2004 | Delivery Services/Messenger | 7.00 |
| | | $7.00 |

Billing Summary

| | |
|---|---|
| Total professional services | $367.00 |
| Total expenses incurred | $7.00 |
| Total of new charges for this invoice | $374.00 |
| Plus net balance forward | $3,454.37 |
| **Total balance now due** | **$3,828.37** |