UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No: 04-CV-40158-FDS

LORRAINE FORCIER,
Administratrix of the Estate of
Darren Forcier,
    Plaintiff/Defendant-in-Counterclaim

vs.                                  ANSWER TO COUNTERCLAIM

METROPOLITAN LIFE INSURANCE
COMPANY and DORIS FORCIER,
    Defendant/Plaintiff-in-Counterclaim

    Plaintiff/Defendant-in-Counterclaim, Lorraine Forcier, Administratrix of the Estate of Darren Forcier ("Administratrix") hereby answers the numbered paragraphs of the Counterclaim ("Counterclaim") of Defendant/Plaintiff-in-Counterclaim, Doris Forcier, as follows:

1.    The Administratrix is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 1 of the Counterclaim.

2.    The Administratrix admits the averments contained in paragraph 2 of the Counterclaim and further states that the Administratrix was appointed the Administratrix of the Estate of Darren Forcier on April 13, 2004 by the Worcester Probate and Family Court.

3.    The Administratrix admits the averments contained in paragraph 3 of the Counterclaim and further states that at the time of the decedent's death he was married to the defendant/plaintiff-in-counterclaim, Doris Forcier, but the parties had entered into a Separation Agreement dated July 2, 2003 which was incorporated into a Judgment of Divorce Nisi by the Worcester Probate and Family Court on October 6, 2003.

4.    The Administratrix admits the averments contained in paragraph 4 of the Counterclaim.

5.    The Administratrix admits the averments contained in paragraph 5 of the Counterclaim.

6.    The Administratrix admits the averments contained in paragraph 6 of the Counterclaim.

7.    The Administratrix admits the averments contained in paragraph 7 of the Counterclaim.

8.    The Administratrix is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 8 of the Counterclaim.

9.    The Administratrix is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 9 of the Counterclaim.

NEIL S. DAVIS
ATTORNEY AT LAW
390 MAIN STREET
WORCESTER, MA 01608
(508) 793-0939

10. The Administratrix denies the averments contained in paragraph 10 of the Counterclaim.

11. The Administratrix denies the averments contained in paragraph 11 of the Counterclaim and further states that Administratrix, decedent's mother, made a claim for the Met Life Insurance proceeds before plaintiff-in-counterclaim.

12. The Administratrix denies the averments contained in paragraph 12 of the Counterclaim.

LORRAINE FORCIER,
Plaintiff/Defendant-in-Counterclaim
By Her Attorney,

*[signature: Janet Fennell]*

Janet Fennell, BBO # 561288
390 Main Street, Suite 720
Worcester, Massachusetts 01608-1601
508-793-0939
Dated: April 11, 2005

### CERTIFICATE OF SERVICE

I, Janet Fennell, attorney for plaintiff, hereby certify that I have served the Answer to Counterclaim upon counsel for defendant/plaintiff-in-counterclaim, Barbara S. Liftman, at Weinstein & Weinstein, 10 Mechanic Street, Suite 300, Worcester, MA 01608 by mailing a copy of same first class mail, postage prepaid on April 11, 2005 and upon counsel for defendant/plaintiff-in-crossclaim, Metropolitan Life Insurance Company, James F. Kavanaugh, Jr. at Conn, Kavanaugh, Rosenthal, Peisch & Ford, Ten Post Office Square, Boston, MA 02109.

*[signature: Janet Fennell]*

Janet Fennell

NEIL S. DAVIS
ATTORNEY AT LAW
390 MAIN STREET
WORCESTER, MA 01608
(508) 793-0939