UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No: 04-CV-40158-FDS

LORRAINE FORCIER,
    Plaintiff, Defendant-in-counterclaim

vs.

DORIS FORCIER,
    Defendant, Plaintiff-in-counterclaim.

## JOINT STATEMENT OF THE PLAINTIFF, LORRAINE FORCIER, ADMINISTRATRIX OF THE ESTATE OF DARREN FORCIER AND THE DEFENDANT, DORIS FORCIER

1. Discovery Plan

   The parties have agreed that there is no further discovery needed in this matter. The parties have agreed to proceed to trial based on a Stipulation of Facts.

2. Schedule for the Filing of Motions

   The parties have agreed that there is no need for further motions in this matter.

3. Certification

   The parties hereby affirm that the parties' counsel have met and conferred pursuant to U.S. District Court Rules 16.1 D 3 (a) and (b).

| | |
|---|---|
| LORRAINE FORCIER,<br>Plaintiff<br>By Her Attorney, | DORIS FORCIER,<br>Defendant<br>By Her Attorney, |
| *[signature]*<br>Janet Fennell, BBO # 561288<br>LAW OFFICE OF NEIL S. DAVIS<br>390 Main Street, Suite 720<br>Worcester, Massachusetts 01608-1601<br>508-793-0939<br>Dated: April 12, 2005 | *[signature]*<br>Barbara S. Liftman, BBO #559448<br>WEINSTEIN & WEINSTEIN, P.C.<br>10 Mechanic Street, Suite 300<br>Worcester, Massachusetts 01608<br>508-793-0939<br>Dated: April 12, 2005 |

- 1 -