# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>**LORRAINE FORCIER,** )<br>**Administratrix of the Estate of** )<br>**Darren Forcier,** )<br> )<br>　　　　**Plaintiff,** )<br> )<br>　　　　**v.** )<br> )<br>**METROPOLITAN LIFE INSURANCE** )<br>**COMPANY AND DORIS FORCIER,** )<br> )<br>　　　　**Defendants.** )<br>_____) | **Civil Action No.**<br>**04-40158-FDS** |

## <u>ORDER</u>

**SAYLOR, J.**

1.　　Pursuant to Fed. R. Civ. P. 67 and Local Rule 67.2, Metropolitan Life Insurance Company ("MetLife") may deposit the life insurance proceeds at issue in this case ("Proceeds") with the Registry of the Court into an interest bearing account.  The Proceeds shall be made payable to "Clerk, United States District Court," shall be placed in the Court's account, and shall be distributed only as further ordered by this Court.

2.　　Upon MetLife's deposit of the Proceeds with the Court, MetLife shall be discharged from any liability in, and shall be dismissed with prejudice from, this action.

3.　　Pursuant to 28 U.S.C. § 2361, the plaintiff Lorraine Forcier, as Administratrix of the estate of Darren Forcier, and defendant Doris Forcier are restrained from instituting or prosecuting, in any other state or federal court, any proceeding against MetLife or the Plan with respect to the Proceeds.

4.      Upon MetLife's deposit of the Proceeds with the Court, MetLife and the Plan are discharged from any liability relating to the Proceeds including, without limitation, the counterclaim brought by Doris Forcier, and MetLife shall be dismissed with prejudice from this action.

5.      MetLife is awarded its attorneys' fees and costs in the amount of $5,070.33, to be paid from the Proceeds deposited with the Registry of the Court.


**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: April 14, 2005