UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LORRAINE FORCIER, Administrator )
of the Estate of Darren Forcier, )
    Plaintiff/Counterclaim Defendant )
)    C.A. No. 04-CV-40158-FDS
v. )
)
DORIS FORCIER, )
    Defendant/Counterclaim Plaintiff )

## JOINT STIPULATION OF FACTS

The parties to the above-captioned action for declaratory judgment hereby stipulate to the following facts:

1. The defendant, Doris Forcier (hereinafter "Doris"), and plaintiff's decedent, Darren Forcier (hereinafter "Darren"), were married on May 20, 2000.

2. On April 11, 2002 Doris filed a Complaint for Divorce in the Commonwealth of Massachusetts Probate and Family Court Division of the Trial Court in and for Worcester County. A copy of the Complaint for Divorce is attached hereto as Exhibit A.

3. Doris's attorney withdrew her appearance for Doris on November 13, 2002. A copy of the Notice of Withdrawal is attached hereto as Exhibit B.

4. On July 2, 2003, Doris and Darren executed a Separation Agreement. A copy of the Separation Agreement is attached hereto as Exhibit C.

5. The Separation Agreement was presented to the Worcester Probate and Family Court, Ronald W. King, J., on October 6, 2003. A Judgment of Divorce Nisi entered on October 6, 2003, with an Absolute Date of January 5, 2004. A copy of the Judgment of Divorce Nisi is attached hereto as Exhibit D.

6. On October 21, 2003, Darren Forcier died. A copy of Darren's death certificate is attached hereto as Exhibit E.

7. Darren's death occurred during the *nisi* period.

8. At the time of his death Darren was employed by Macromedia, Inc. As an incident of his employment, Darren had a life insurance policy with Metlife with a death benefit of two hundred eight thousand ($208,000.00) dollars. Macromedia has stated that they have no written beneficiary designation on file. The policy provides, in relevant part:

> If there is no Beneficiary at your death for any amount
> of benefits payable because of your death, that amount
> will be paid to one or more of the following persons
> who survive you:
>
> 1. spouse;3. parent:
> 2. child;4. brother and sister.
>
> However, we may instead pay all or part of that amount to
> your estate.

A copy of the life insurance policy is attached hereto as Exhibit E.

9. On November 28, 2003, Lorraine Forcier (hereinafter "Lorraine") filed a Petition for Administration of Darren's estate in the Worcester Probate and Family Court.

10. On February 6, 2004, Doris filed an Appearance and Objection, objecting to the appointment of Lorraine as Administrator.

11. On February 10, 2004, Lorraine filed a Motion for Instructions with the Probate and Family Court. A copy of the Motion for Instructions is attached hereto as Exhibit F.

12. On February 26, 2004, the Worcester Probate and Family Court, Gregory V. Roach, J., issued an Order on the Motion for Instructions. A copy of the Order is attached hereto as Exhibit G.

13. Lorraine was appointed Administratrix of Darren's estate on April 13, 2004. A copy of the appointment is attached hereto as Exhibit H.

14. On May 1, 2004, Lorraine submitted a claim form and letter of instruction with requested documentation attached to MetLife requesting that the life insurance proceeds be distributed to Darren's mother, father and sister. Metlife acknowledged receipt of the claim on May 14, 2004. A copy of the claim form, letter of instruction for claim with attachments and Metlife's acknowledgement are attached hereto as Exhibit I.

15. On June 24, 2004, Doris filed a Claim Form with Metlife to receive the life insurance proceeds as Darren's wife. The Claim Form was received by Metlife on June 29, 2004. A copy of the Claim Form is attached hereto as Exhibit J.

16. On July 21, 2004, Lorraine filed a Complaint in the Worcester Probate and Family Court seeking reformation of the life insurance policy so that the proceeds would be paid to Darren's estate and not to Doris. The Complaint named Metlife and Doris as defendants. Metlife removed the case to this Court on August 19, 2004 and on March 16, 2005 this Court granted Metlife's request to pay the proceeds of the life insurance policy into court. This Court also granted Lorraine's Motion to Amend the Complaint to a complaint for declaratory judgment. On April 7, 2005 Doris filed an Answer and Counterclaim for declaratory judgment.

| | |
|---|---|
| LORRAINE FORCIER, Administratrix of the Estate of Darren Forcier By her attorney | DORIS FORCIER By her attorney |
| /s/ Janet Fennell | /s/ Barbara S. Liftman |
| Janet Fennell | Barbara S. Liftman |
| BBO # 561288 | BBO #559448 |
| Law Office of Neil S. Davis | Donna J. Hines & Associates |
| 390 Main Street | 306 Main Street |
| Worcester, MA 01608 | Worcester, MA 01608 |
| (508) 793-0939 | (508) 799-5900 |