# Law Office of Neil S. Davis
**390 Main Street, Worcester, Massachusetts 01608**
Tel: 508-793-0939    Fax: 508-799-9399

Neil S. Davis
Janet Fennell

September 22, 2005

The Honorable F. Dennis Saylor IV
United States District Court
for the District of Massachusetts
Harold D. Donahue Federal Building & Courthouse
595 Main Street
Worcester, MA  01608

Re:   Lorriane Forcier v. Doris Forcier
      United States District Court Civil Action Number:  04-CV-40158-FDS

Dear Judge Saylor:

Pursuant to your request for additional information relative to the above captioned matter, I am enclosing herein correspondence from Mr. Donald O. Maloney, Jr., the Certified Public Accountant handling the financial issues for the Estate of Darren Forcier; a copy of the Inventory filed in the Worcester Probate and Family Court by Lorraine Forcier as the Administratrix of the Estate; a First Account filed in the Worcester Probate and Family Court by the Administratrix and a Second Account prepared by the Administratrix but not filed with the Worcester Probate and Family Court.

I have provided this documentation to defendant's counsel, Attorney Barbara Liftman.

Very truly yours,

Janet Fennell

JF/jel
Enclosure
cc:  Atty. Barbara Liftman
     Ms. Lorraine Forcier

# O'CONNOR, MALONEY & COMPANY, P.C.

*Certified Public Accountants*

446 MAIN STREET, WORCESTER, MASSACHUSETTS 01608-2370

Telephone 508/757-6391   Facsimile 508/797-9307

DONALD F. O. MALONEY, CPA
DONALD O. MALONEY, JR., CPA
JOSEPH F. GRIMALDO, CPA
ARTHUR T. BORS, CPA
PAUL F. SCZEPANSKI, CPA
ANTHONY D. ROZEVICIUS, CPA
ROBERT V. MALONEY, CPA
AARON T. WHITE, CPA
RICHARD S. KRUCZYNSKI, JR., CPA
STEVEN A. THEBODO, CPA

September 20, 2005

To Whom It May Concern:

I have reviewed the inventory of the Estate of Darren J. Forcier as of September 9, 2005 as prepared by Lorraine J. Forcier, Administratrix of the Estate.

The gross estate as of September 9, 2005 was $297,333.58. The addition of life insurance proceeds of $208,000 would not cause a Federal or Massachusetts estate tax as the gross estate would still be below the taxable thresholds.

Very truly yours,

Donald O. Maloney, Jr.

DOM/mn

Filed 7/13/04

**Commonwealth of Massachusetts**
The Trial Court
Probate and Family Court Department

**WORCESTER** Division

Docket No. 03P 3512 AD1

~~XXXXX~~ ADMINISTRATRIX

# INVENTORY

To  LORRAINE FORCIER,

of  WORCESTER, IN THE COUNTY OF WORCESTER

xx ~~Administrator/Administratrix~~ ~~Executor/Executrix~~ ~~Trustee~~ ~~Guardian~~ ~~Conservator~~ ~~Receiver~~

YOU are directed to appraise, under the penalties of perjury, the estate and effects of DARREN FORCIER, LATE of WORCESTER, IN THE COUNTY OF WORCESTER

which may be in said Commonwealth; and return to the Probate Court for said County of **WORCESTER**

_____
Register of Probate Court

Pursuant to the foregoing order to  Lorraine Forcier  said estate is appraised as follows:

Amount of Personal Estate, as per schedule exhibited,  $ $103,438.02

Amount of Real Estate, as per schedule exhibited,  $ $193,000.00

I ~~We~~  Lorraine Forcier the ~~trustee~~ administrator/administratrix ~~executor/executrix~~ ~~guardian~~ ~~conservator~~ ~~receiver~~, of the estate of said deceased, certify under the penalties of perjury that the foregoing is a true and perfect inventory of all the estate of the within named that has come to — my — ~~our~~ — possession or knowledge, and sets forth the actual market values of the various items thereof ascertained by — me — ~~us~~ — to the best of — my — ~~our~~ knowledge, information and belief.

7/12/04

LORRAINE FORCIER

Date(s)                 Signature(s)

CJ-P 41 (5/89)

SCHEDULE OF PERSONAL ESTATE IN DETAIL

|  | Dollars | Cts. |
|---|---|---|
| Country Bank for Savings Acct# 486274 | $15,140 | 91 |
| Charles Schwab Acct#BMN10265310016113HHG | $18,224 | 15 |
| New York Life Investors 401K Acct | $46,522 | 96 |
| Macromedia Employee Stock Options | $18,550 | 00 |
| Home Furnishings | $ 2,000 | 00 |
| 1996 Pontias Grandam | $ 2,000 | 00 |
| 1988 Ford Econoline Van | $ 1,000 | 00 |

SCHEDULE OF REAL ESTATE IN DETAIL

|  | Dollars | Cts. |
|---|---|---|
| Single family house known and numbered as 23 Montague Street, Worcester, MA more particularly described in deed recorded at Worcester Registry of Deeds, Book 20179, page 5 | | |
| Appraised value: | $193,000 | 00 |

Docket No. __03P 3512 AD1_____

# Inventory

## INSTRUCTIONS

Appraise estate as of date of death when filing as administrator, executor, administrator with the will annexed, special administrator, public administrator.

Appraise estate as of date of appointment when filing as conservator, guardian, trustee, receiver.

## Commonwealth of Massachusetts
## The Trial Court
## The Probate and Family Court Department

**WORCESTER** Division          Docket No. **03P3512-AD1**

     First      Account of      Lorraine J. Forcier
and
as Administratrix of the Estate of Darren J. Forcier
(Specify type of fiduciary and name of estate)

This account is for the period of April 13, 2004 to March 31, 2005 inclusive.

| | |
|---|---|
| Principal amounts received per Schedule A | $ 293,663.42 |
| Principal payments and charges per Schedule B | $ 202,177.80 |
| Principal balance invested per Schedule C | $ 91,485.62 |
| Market value as of _____. per Schedule C (Date) | $ |
| Income received per Schedule D | $ 0 |
| Payments from income per Schedule E | $ 0 |

The United States Veterans' Administration ☒ - is not • a party in interest to this account.
The ward ☒ - is not • a patient) in a State Hospital.

I - We certify under the penalties of perjury that the within account is just and true.

Date 4/5/05

*Lorraine J Forcier*
Signature of Fiduciary

The undersigned, being _The beneficiaries_ interested, having examined the foregoing account, request that the same may be allowed without further notice.

*Lorraine J. Forcier* — Mother
*Dunne A Waterman* — Sister
*Donald Forcier* — Father

## SCHEDULE A

| | | |
|---|---|---:|
| 1. | Beginning Inventory | 103,438.02 |
| 2. | Proceeds from Sale of real estate<br>    Market Value $3000.00 less than appraisal | 190,000.00 |
| 3. | Refunds:<br>Commerce Ins.<br>Country Bank Escrow<br>Fastlane Pass | 83.00<br>122.40<br>20.00 |
| | TOTAL SCHEDULE A | 293,663.42 |

SCHEDULE B

<u>Item No.</u>

| | | |
|---|---|---:|
| 1. | M D Morrill & Sons-Monument | 2,010.00 |
| 2. | Red Roof Catering-Luncheon | 1,662.50 |
| 3. | Mass. Electric | 499.00 |
| 4. | NSTAR Gas | 1,586.20 |
| 5. | City of Worcester | |
| | Water/Sewer | 38.41 |
| | R E Taxes | 548.76 |
| | Death Certificates | 64.00 |
| | Smoke Detector Inspection | 50.00 |
| 6. | Country Bank for Savings<br>Mortgage & R E Taxes | 9,389.34 |
| 7. | Attorney Fees<br>Law Office-Neil S. Davis | 16,791.23 |
| 8. | Checking Account-Checks | 10.25 |
| 9. | House Sale Preparation | |
| | N E Appraisal | 275.00 |
| | Anthony's Rubbish Removal-Dumpster | 450.00 |
| | Saunders Trucking-Trash | 420.00 |
| | Garabedian Plumbing | 148.00 |
| | Painting/repair supplies | 344.98 |
| | Casey,s Remodeling-Exterior door | 300.00 |
| 10. | Comm of Ma 2003 State Tax | 508.00 |
| | Vehicle Title Replacement | 25.00 |
| 11. | House Sale Costs | |
| | Country Bank Mortgage Payoff | 89,811.98 |
| | Brokers Commission | 9,590.00 |
| | Title Search/Filing /Recording Fees/tax | 595.50 |
| | Transfer stamp | 866.40 |
| | Legal Fees | 650.00 |
| | Settlement to Buyer | 1,000.00 |
| 12. | Loss on sale of furnishings | 550.00 |

| | |
|---|---:|
| 13. Cost of Macromedia Stock Options | 10,993.25 |
| 14. Pontiac GrandAm<br>    (Transferred to family member) | 2,000.00 |
| 15. Ford Econo Van (Junked)<br>    (Not fit for sale) | 1,000.00 |
| 16. Partial Distribution to Beneficiaries<br>    Dionne Waterman<br>    Donald R.J. Forcier | <br>25,000.00<br>25,000.00 |
| **TOTAL SCHEDULE B** | 202,177.80 |

## SCHEDULE C

| | |
|---|---:|
| Country Bank for Savings<br>Checking #486274 | 7,476.54 |
| Country Bank for Savings<br>MMA #656116 | 37,486.12 |
| Macromedia 401K  (Not yet distributed) | 46,522.96 |
| Principal Balance | 91,485.62 |

**Commonwealth of Massachusetts**
**The Trial Court**
**The Probate and Family Court Department**

**WORCESTER___Division**                    Docket No.__03P3512-AD1

_____SECOND_____Account of _____Lorraine J. Forcier_____
_____and_____
_____as _Administratrix of the Estate of Darren J. Forcier
                                (Specify type of fiduciary and name of estate)

This account is for the period of __April 13, 2004 to __September 9, 2005__ inclusive.

| | |
|---|---|
| Principal amounts received per Schedule A | $__297,333.58_ |
| Principal payments and charges per Schedule B | $__244,767.81_ |
| Principal balance invested per Schedule C | $___52,565.77_____ |
| Market value as of_____. per Schedule C | $____0_____ |
| (Date) | |
| Income received per Schedule D | $____0_____ |
| Payments from income per Schedule E | $____0_____ |

The United States Veterans' Administration is - is not • a party in interest to this account.
The ward is - is not • a patient) in a State Hospital.

I - we certify under the penalties of perjury that the within account is just and true.

Date_____

_____
                Signature of Fuduciary

The undersigned, being _____interested, having
examined the foregoing account, request that the same may be allowed without further
notice.

_____

_____

_____

## SCHEDULE A

| | | |
|---|---|---:|
| 1. | Beginning Inventory | 103,438.02 |
| 2. | Proceeds from Sale of real estate<br>　　Market Value $3000.00 less than appraisal | 190,000.00 |
| 3. | Refunds:<br>Commerce Ins.<br>Country Bank Escrow<br>Fastlane Pass | <br>83.00<br>122.40<br>20.00 |
| 4. | Interest Income | 226.06 |
| 5. | 2004 Federal Tax Refund | 3,430.00 |
| 6. | Mortgage Refund | 14.10 |
| | TOTAL SCHEDULE A | 297,333.58 |

SCHEDULE B

Item No.

| | | |
|---|---|---:|
| 1. | M D Morrill & Sons-Monument | 2,010.00 |
| 2. | Red Roof Catering-Luncheon | 1,662.50 |
| 3. | Mass. Electric | 511.97 |
| 4. | NSTAR Gas | 1,926.17 |
| 5. | City of Worcester | |
| | Water/Sewer | 38.41 |
| | R E Taxes | 548.76 |
| | Death Certificates | 64.00 |
| | Smoke Detector Inspection | 50.00 |
| 6. | Country Bank for Savings Mortgage & R E Taxes | 9,389.34 |
| 7. | Attorney Fees | |
| | Law Office-Neil S. Davis | 29,627.48 |
| 8. | Checking Account-Checks | 10.25 |
| 9. | House Sale Preparation | |
| | N E Appraisal | 275.00 |
| | Anthony's Rubbish Removal-Dumpster | 450.00 |
| | Saunders Trucking-Trash | 420.00 |
| | Garabedian Plumbing | 148.00 |
| | Painting/repair supplies | 344.98 |
| | Casey,s Remodeling-Exterior door | 300.00 |
| 10. | Comm of Ma 2003 State Tax | 508.00 |
| | Vehicle Title Replacement | 25.00 |
| 11. | House Sale Costs | |
| | Country Bank Mortgage Payoff | 89,811.98 |
| | Brokers Commission | 9,590.00 |
| | Title Search/Filing /Recording Fees/tax | 595.50 |

|  |  |
|---|---|
| Transfer stamp | 866.40 |
| Legal Fees | 650.00 |
| Settlement to Buyer | 1,000.00 |
| 12. Loss on sale of furnishings | 550.00 |
| 13. Cost of Macromedia Stock Options | 10,993.25 |
| 14. Pontiac GrandAm (Transferred to family member) | 2,000.00 |
| 15. Ford Econo Van (Junked) (Not fit for sale) | 1,000.00 |
| 16. Partial distribution to Beneficiaries |  |
| Dionne J. Waterman | 25,000.00 |
| Donald R. J. Forcier | 25,000.00 |
| 17. 401k Forfeiture to Spouse | 27,590.82 |
| 18. O'Connor, Maloney CPA 2004 Tax preparation | 1,058.00 |
| 19. Comm. of Mass. 2004 State Taxes | 752.00 |
| **TOTAL SCHEDULE B** | 244,767.81 |

## SCHEDULE C

| | |
|---|---:|
| Country Bank for Savings<br>Checking #486274 | 921.45 |
| Country Bank for Savings<br>MMA #656116 | 51,644.32 |
| Principal Balance | 52,565.77 |