UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORRAINE FORCIER, Administrator | ) | |
| of the Estate of Darren Forcier, | ) | |
|     Plaintiff/Counterclaim Defendant | ) | |
| | ) | C.A. No. 04-CV-40158-FDS |
| v. | ) | |
| | ) | |
| DORIS FORCIER, | ) | |
|     Defendant/Counterclaim Plaintiff | ) | |

## DEFENDANT/COUNTERCLAIM PLAINTIFF DORIS FORCIER'S NOTICE OF CHANGE OF ADDRESS

TO THE CLERK IN THE ABOVE-NAMED COURT:

Please be advised that the attorney for the defendant/counterclaim plaintiff, Doris Forcier, has moved. Her new address is:

**Barbara S. Liftman, Esquire**
**Law Office of Barbara S. Liftman**
**500 Main Street, Suite 535**
**Worcester, MA 01608**
**(508) 753-6778 - telephone**
**(508) 753-6748 - facsimile**

DORIS FORCIER
By her attorney

Barbara S. Liftman
BBO #559448
Law Office of Barbara S. Liftman
500 Main Street, Suite 535
Worcester, MA 01608
508-753-6778

CERTIFICATE OF SERVICE

I, Barbara S. Liftman, attorney for the Defendant/Counterclaim Plaintiff, hereby certify that on this 11th day of October, 2005, I served a copy of the foregoing on all parties by mailing the same, first-class mail, postage prepaid, to: Attorney Janet Fennell, Law Office of Neil S. Davis, 390 Main Street, Worcester, MA 01608.

Barbara S. Liftman