UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lorraine Forcier, Administrator
of the Estates of Darran Forcier,
          Plaintiff,
          Counterclaim defendant,
   v.                            CIVIL ACTION NO. 04-40158-FDS

Doris Forcier,
          Defendant,
          Counterclaim plaintiff,

### JUDGMENT IN A CIVIL CASE

SAYLOR, D.J.

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court.** This action came before the Court. The issues have been tried and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED: in accordance with the Court's Amended Findings of Fact and Conclusions of Law dated 12/28/05 that judgment be entered in favor of the plaintiff Lorraine Forcier and against the defendant Doris Forcier. The previously deposited funds in the amount of $208,000.00, minus the $5,070.33 awarded in attorney's fees and costs to Metropolitan Life Insurance Company on 4/14/05, shall be disbursed in equal amounts of $101,464.83, plus accrued interest, to Lorraine Forcier and Donald Forcier.

APPROVED:
/s/ F. Dennis Saylor IV
U.S. District Judge

SARAH THORNTON, CLERK

Dated: 12/28/05

/s/ Martin Castles
( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is_____%.