UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE FORCIER, Administrator of the Estate of Darren Forcier,<br>     Plaintiff/Counterclaim Defendant<br><br>v.<br><br>DORIS FORCIER,<br>     Defendant/Counterclaim Plaintiff | )<br>)<br>)<br>)   C.A. No. 04-CV-40158-FDS<br>)<br>)<br>)<br>) |

## DEFENDANT/COUNTERCLAIM PLAINTIFF DORIS FORCIER'S NOTICE OF APPEAL PURSUANT TO F.R.A.P. 3

The defendant/counterclaim plaintiff Doris Forcier hereby appeals from the Judgment of this Court dated December 28, 2005 (Saylor, J.) to the Court of Appeals for the First Circuit.

                                             DORIS FORCIER
                                             By her attorney

                                             _____
                                             Barbara S. Liftman
                                             BBO #559448
                                             Law Office of Barbara S. Liftman
                                             500 Main Street, Suite 535
                                             Worcester, MA 01608
                                             508-753-6778

Dated:  December 30, 2005

FILING FEE PAID:
#404716
AMOUNT: 255.00
BY E.L.
DATE 12/30/05