UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE FORCIER, Administrator of the Estate of Darren Forcier, Plaintiff/Counterclaim Defendant )<br>)<br>)<br>)<br>v. )<br>)<br>DORIS FORCIER, )<br>Defendant/Counterclaim Plaintiff ) | C.A. No. 04-CV-40158-FDS |

### DEFENDANT/COUNTERCLAIM PLAINTIFF DORIS FORCIER'S MOTION PURSUANT TO F.R.A.P. 8(a)(1)(A) FOR STAY OF JUDGMENT PENDING APPEAL

NOW COMES the defendant/counterclaim plaintiff Doris Forcier and hereby moves that this Court stay its Judgment dated December 28, 2005 (Saylor, J.) pending an appeal of said Judgment to the Court of Appeals for the First Circuit.

AS GROUNDS for this Motion the defendant states that the Judgment ordered the payment of monies which are being held by the Court to two individuals not parties to this action. The plaintiff believes that she has a meritorious appeal from said Judgment and that the funds at issue should be preserved pending a review by the First Circuit. If the monies are distributed as ordered the plaintiff will be effectively deprived of her right of appeal.

DORIS FORCIER
By her attorney

_____
Barbara S. Liftman
BBO #559448
Law Office of Barbara S. Liftman
500 Main Street, Suite 535
Worcester, MA 01608
508-753-6778

### CERTIFICATE OF SERVICE

I, Barbara S. Liftman, attorney for the Defendant/Counterclaim Plaintiff, hereby certify that on this 30th day of December, 2005, I served a copy of the foregoing on all parties by mailing the same, first-class mail, postage prepaid, to: Attorney Janet Fennell, Law Office of Neil S. Davis, 390 Main Street, Worcester, MA 01608.

_____
Barbara S. Liftman