UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE FORCIER, Administrator of the Estate of Darren Forcier, Plaintiff/Counterclaim Defendant<br><br>v.<br><br>DORIS FORCIER, Defendant/Counterclaim Plaintiff | C.A. No. 04-CV-40158-FDS |

## DEFENDANT/COUNTERCLAIM PLAINTIFF DORIS FORCIER'S CERTIFICATE PURSUANT TO F.R.A.P. 10(b)(1)(B)

The defendant/counterclaim plaintiff Doris Forcier hereby certifies that no transcript will be ordered. The proceeding in the lower court was oral argument only and no evidence was taken as the case was submitted for the Court's consideration upon and Agreed Statement of the Facts.

DORIS FORCIER
By her attorney

_____
Barbara S. Liftman
BBO #559448
Law Office of Barbara S. Liftman
500 Main Street, Suite 535
Worcester, MA 01608
508-753-6778

## CERTIFICATE OF SERVICE

I, Barbara S. Liftman, attorney for the Defendant/Counterclaim Plaintiff, hereby certify that on this 30th day of December, 2005, I served a copy of the foregoing on all parties by mailing the same, first-class mail, postage prepaid, to: Attorney Janet Fennell, Law Office of Neil S. Davis, 390 Main Street, Worcester, MA 01608.

_____
Barbara S. Liftman