# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40158

Lorraine Forcier

v.

Doris Forcier

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/30/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 4, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __1/4/06__.

__/s/ Barchard__
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
# District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:04-cv-40158-FDS

Forcier v. Metropolitan Life Insurance Company et al  
Assigned to: Judge F. Dennis Saylor, IV  
Demand: $200,000  
Cause: 28:1446 Notice of Removal

Date Filed: 08/19/2004  
Jury Demand: None  
Nature of Suit: 791 Labor: E.R.I.S.A.  
Jurisdiction: Federal Question

**Plaintiff**

**Lorraine Forcier**     represented by **Janet Fennell**  
Law Offices of Neil S. Davis  
390 Main Street  
Worcester, MA 01608  
508-793-0939  
Fax: 508-799-9399  
Email: attyfennell@verizon.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Metropolitan Life Insurance Company**     represented by **James F. Kavanaugh, Jr.**  
Conn, Kavanaugh, Rosenthal, Peisch & Ford, LLP  
Ten Post Office Square  
Boston, MA 02109  
617-482-8200  
Fax: 617-482-6444  
Email: jkavanaugh@ckrpf.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Doris Forcier**     represented by **Barbara S. Liftman**  
Law Offices of Barbara S. Liftman, P.C.  
Suite 535  
500 Main Street  
Worcester, MA 01608  
508-753-6778  
Fax: 508-753-6748  
Email: bliftman@bliftmanlaw.com  
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Counter Claimant**

Doris Forcier

V.

**Counter Defendant**

Lorraine Forcier     represented by   **Janet Fennell**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2004 | 1 | NOTICE OF REMOVAL by Doris Forcier, Metropolitan Life Insurance Company from Worcester County Probate and Family Court, case number 04EQ0070GC1. $ 150, receipt number 404385, filed by Doris Forcier, Metropolitan Life Insurance Company, c/s. (Attachments: # 1 Exhibits part 1 # 2 Exhibits part 2)(Hassett, Kathy) (Entered: 08/19/2004) |
| 08/19/2004 | 2 | NOTICE of Motions pending in Worcester County Family & Probate Court by Metropolitan Life Insurance Company, c/s. (Hassett, Kathy) (Entered: 08/19/2004) |
| 08/23/2004 | 3 | MOTION to Dismiss by Doris Forcier, c/s.(Jones, Sherry) (Entered: 08/23/2004) |
| 08/23/2004 | 4 | MEMORANDUM in Support re 3 MOTION to Dismiss filed by Doris Forcier. (Jones, Sherry) (Entered: 08/23/2004) |
| 08/24/2004 | 5 | AMENDED COMPLAINT against Doris Forcier, Metropolitan Life Insurance Company, filed by Lorraine Forcier.(Jones, Sherry) (Entered: 08/24/2004) |
| 08/31/2004 | 6 | CERTIFICATE OF SERVICE by Lorraine Forcier re 5 Amended Complaint. (Hassett, Kathy) (Entered: 08/31/2004) |
| 09/02/2004 | 7 | CERTIFICATION pursuant to U.S. District Court Rule 3.01(b) by Doris Forcier, c/s.(Hassett, Kathy) (Entered: 09/02/2004) |
| 09/03/2004 | 8 | Opposition re 3 MOTION to Dismiss filed by Metropolitan Life Insurance Company, c/s. (Hassett, Kathy) (Entered: 09/03/2004) |
| 09/07/2004 | 9 | MOTION to Amend Complaint by Lorraine Forcier.(Hassett, Kathy) (Entered: 09/07/2004) |
| 09/07/2004 | 10 | MEMORANDUM in Support re 9 MOTION to Amend filed by Lorraine Forcier, c/s. (Attachments: # 1 Exhibit A)(Hassett, Kathy) (Entered: 09/07/2004) |

| | | |
|---|---|---|
| 09/07/2004 | 11 | Opposition re 3 MOTION to Dismiss filed by Lorraine Forcier, c/s. (Attachments: # 1 Exhibit A)(Hassett, Kathy) (Entered: 09/07/2004) |
| 09/08/2004 | 12 | ANSWER to Amended Complaint by Metropolitan Life Insurance Company, c/s.(Jones, Sherry) (Entered: 09/08/2004) |
| 09/09/2004 | 13 | AMENDED Opposition re 3 MOTION to Dismiss filed by Lorraine Forcier, c/s. (Jones, Sherry) (Entered: 09/09/2004) |
| 09/15/2004 | 14 | ANSWER to Complaint by Lorraine Forcier, c/s.(Hassett, Kathy) (Entered: 09/15/2004) |
| 09/17/2004 | 15 | STATE COURT Record. (Attachments: # 1 Part B)(Hassett, Kathy) (Entered: 09/17/2004) |
| 03/16/2005 | 16 | Judge F. Dennis Saylor IV: Electronic MEMORANDUM AND ORDER entered denying 3 Motion to Dismiss, granting 9 Motion to Amend. (Castles, Martin) (Entered: 03/16/2005) |
| 03/16/2005 | 17 | NOTICE of Scheduling Conference. Scheduling Conference set for 4/14/2005 10:00 AM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 03/16/2005) |
| 04/08/2005 | 18 | ANSWER to Amended Complaint, COUNTERCLAIM against Lorraine Forcier by Doris Forcier, c/s.(Hassett, Kathy) (Entered: 04/08/2005) |
| 04/13/2005 | 19 | Assented to MOTION for Attorney Fees *and Costs* by Metropolitan Life Insurance Company. (Attachments: # 1 Text of Proposed Order)(Kavanaugh, James) (Entered: 04/13/2005) |
| 04/13/2005 | 20 | AFFIDAVIT of Metropolitan Life Insurance Company re 19 Assented to MOTION for Attorney Fees *and Costs* by Metropolitan Life Insurance Company. (Kavanaugh, James) (Entered: 04/13/2005) |
| 04/14/2005 | 21 | ANSWER to Counterclaim by Lorraine Forcier, c/s.(Jones, Sherry) (Entered: 04/14/2005) |
| 04/14/2005 |  | Electronic Clerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Scheduling Conference held on 4/14/2005. Case called, Counsel appear for scheduling conference, Parties agree that there is no discovery left, Parties request dates to file briefs and date for trial, Court orders that the parties file stipulation of facts by 6/15/05, Plaintiff's brief due by 7/1/05, Defendant's brief due 7/22/05, Reply due by 7/29/05 and sur-reply due by 8/5/05, Bench Trial/Hearing set for 9/8/2005 3:00PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Court Reporter Kusa-Ryll.) (Castles, Martin) (Entered: 04/14/2005) |
| 04/14/2005 | 22 | JOINT STATEMENT re scheduling conference. (Jones, Sherry) (Entered: 04/14/2005) |
| 04/14/2005 | 23 | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 19 Motion for Attorney Fees. (Castles, Martin) (Entered: 04/14/2005) |

| | | |
|---|---|---|
| 06/10/2005 | 24 | JOINT Stipulation of facts, c/s. (Attachments: # 1 Exhibits A-J)(Hassett, Kathy) (Entered: 06/10/2005) |
| 06/21/2005 | 25 | AMENDED JOINT STIPULATION of facts. (Attachments: # 1 Exhibit A-K)(Jones, Sherry) (Entered: 06/21/2005) |
| 06/30/2005 | 26 | MEMORANDUM OF LAW by Lorraine Forcier to 5 Amended Complaint, c/s. (Jones, Sherry) (Entered: 06/30/2005) |
| 07/19/2005 | 27 | MEMORANDUM OF LAW by Doris Forcier, c/s. (Jones, Sherry) (Entered: 07/19/2005) |
| 07/29/2005 | 28 | MEMORANDUM in Rebuttal by Lorraine Forcier to 27 Memorandum of Law, c/s. (Hassett, Kathy) (Entered: 07/29/2005) |
| 08/03/2005 | 29 | Sur-Reply to Memorandum in Rebuttal by Doris Forcier to 28 Memorandum. (Hassett, Kathy) (Entered: 08/03/2005) |
| 09/08/2005 | | Electronic Clerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Hearing re: summary judgment held on 9/8/2005. Case called, Counsel appear for Bench Trial, Parties inform court that they have agreed to not call witnesses, Court and parties discuss whether court should deem hearing a bench trial or treat hearing as a hearing on cross motions for summary judgment, Court and parties agree to proceed as summary judgment hearing, Court hears arguments of counsel, Court takes matter under advisment. (Court Reporter M. Kusa-Ryll.) (Castles, Martin) (Entered: 09/08/2005) |
| 09/22/2005 | 30 | Post-trial MEMORANDUM OF LAW by Doris Forcier, c/s. (Jones, Sherry) (Entered: 09/22/2005) |
| 09/26/2005 | 31 | Letter/request (non-motion) from Janet Fennell. (Jones, Sherry) (Entered: 09/26/2005) |
| 10/12/2005 | 32 | NOTICE of Change of Address by Barbara S. Liftman, c/s. (Jones, Sherry) (Entered: 10/12/2005) |
| 12/23/2005 | 33 | Judge F. Dennis Saylor IV: ORDER entered. FINDINGS OF FACT AND CONCLUSIONS OF LAW(cc/cl)(Hassett, Kathy) (Entered: 12/23/2005) |
| 12/28/2005 | 34 | Judge F. Dennis Saylor IV: ORDER entered. AMENDED FINDINGS OF FACT AND CONCLUSIONS OF LAW.(Castles, Martin) (Entered: 12/28/2005) |
| 12/28/2005 | 35 | Judge F. Dennis Saylor IV: ORDER entered. JUDGMENT in favor of Lorraine Forcier against Doris Forcier.(Castles, Martin) Additional attachment(s) added on 12/29/2005 (Hassett, Kathy). (Entered: 12/28/2005) |
| 12/30/2005 | 36 | NOTICE OF APPEAL as to 35 Judgment by Doris Forcier. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed |

| | | and submitted to the Court of Appeals. Appeal Record due by 1/19/2006. (Hassett, Kathy) (Entered: 01/03/2006) |
|---|---|---|
| 12/30/2005 | 37 | MOTION to Stay re 35 Judgment by Doris Forcier, c/s.(Hassett, Kathy) (Entered: 01/03/2006) |
| 12/30/2005 | 38 | NOTICE that no transcript will be ordered by Doris Forcier, c/s. (Hassett, Kathy) (Entered: 01/03/2006) |