# United States Court of Appeals
## For the First Circuit

No. 06-1088

LORRAINE FORCIER, AS
ADMINISTRATOR OF THE ESTATE OF DARREN FORCIER,

Plaintiff, Appellee,



v.

METROPOLITAN LIFE INSURANCE COMPANY ET AL.,

Defendants.

DORIS FORCIER,

Defendant, Appellant.

FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2006 NOV 20 P 3:43

**JUDGMENT**
Entered: November 20, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 12/12/06

By the Court:
Richard Cushing Donovan, Clerk

_____
By: Margaret Carter, Chief Deputy Clerk

[cc: Ms. Fennell, Ms. Spencer, Mr. Kavanaugh, & Ms. Liftman.]