UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE FORCIER, Administratrix of the Estate of Darren Forcier,<br>    Plaintiff/Counterclaim Defendant<br><br>vs.<br><br>DORIS FORCIER,<br>    Defendant/Counterclaim Plaintiff | C.A. No. 04-CV-40158-FDS |

## MOTION TO RELEASE FUNDS

The plaintiff/counterclaim defendant, Lorraine Forcier, Administratrix of the Estate of Darren Forcier, respectfully requests that this Court release the monies being held pursuant to the Order of **Saylor, J.** dated December 28, 2005.

Dated: December 18, 2006

LORRAINE FORCIER,
By Her Attorney,

/s/ Janet Fennell
Janet Fennell, BBO 561288
Law Offices of Neil Davis
390 Main Street, Suite 720
Worcester, MA 01608-1601
(508) 793-0939

## CERTIFICATE OF SERVICE

I, Janet Fennell, attorney for Lorraine Forcier, Administratrix of the Estate of Darren Forcer, Plaintiff/Counterclaim Defendant, hereby certify that I have served the Motion for Release Funds upon counsel for Doris Forcier, Defendant/Counterclaim Plaintiff, Barbara S. Liftman, 500 Main Street, Suite 535, Worcester, Massachusetts, 01608, by mailing a copy of same first class mail, postage prepaid on December 18, 2006.

/s/ Janet Fennell
Janet Fennell

1