# United States Court of Appeals
## For the First Circuit

No. 06-1088

LORRAINE FORCIER, Administrator of the
Estate of Darren Forcier,

Plaintiff - Appellee,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

Defendant,

DORIS FORCIER,

Defendant - Appellant.

---

### ORDER OF COURT

**Entered: December 27, 2006**

Upon consideration of appellee Lorraine Forcier's bill of costs and letter dated November 29, 2006, the bill of costs is hereby <u>allowed in part</u>, in that costs of $77.09 are taxed in favor of appellee Lorraine Forcier.

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified Copy: Sarah Allison Thornton, Clerk U.S. District Court]
[cc: Janet Fennett, Esq., Shaun Spencer, Esq., James Kavanaugh Jr., Esq., Barbara Liftman, Esq.]